# United States Bankruptcy Court
## NORTHERN District of CALIFORNIA

**Voluntary Petition**

| Debtor | Joint Debtor |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **Bijou-Market, LLC, a limited liability company** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **aka Market Street Cinema**<br>**aka Bijou Market**<br>**aka La Gals** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **94-3303905** | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): **1077 Market Street**<br>**San Francisco CA**<br>ZIPCODE **94103** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business: **San Francisco** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **c/o BSC Management**<br>**250 Columbus Ave., Suite 207**<br>**San Francisco CA**<br>ZIPCODE **94133** | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |

Location of Principal Assets of Business Debtor (If different from street address above): **SAME**

ZIPCODE

**Type of Debtor** (Form of organization)

(Check **one** box.)

- ☐ Individual (includes Joint Debtors)
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☒ Other (if debtor is not one of the above entities, check this box and provide the information requested below.)

**State type of entity: limited liability company**

**Nature of Business**

(Check **all** applicable boxes.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Nonprofit Organization qualified under 11 U.S.C. § 501(3)(c).

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 9
- ☐ Chapter 12
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding
- ☐ Chapter 13

**Nature of Debts** (Check one box)

- ☐ Consumer/Non-Business
- ☒ Business

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is debtor is unable to pay fee except in installments. Rule 1006(b). See Official form No. 3A.
- ☐ Filing fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors:**

**Check one box:**

- ☒ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- ☒ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001 50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| Estimated Assets | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| Estimated Debts | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Bijou-Market, LLC,**
**a limited liability company**

**Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| ***NONE*** | | |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy code.

**X** ______________________________
Signature of Attorney for Debtor(s) Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Certification Concerning Debt Counseling by Individual/Joint Debtor(s)**

☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.

☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing)

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principle assets in the United States in this District, or has no principle place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interest of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

______________________________
(Name of landlord that obtained judgment)

______________________________
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
Bijou-Market, LLC,
a limited liability company

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________
Signature of Debtor

X ______________________
Signature of Joint Debtor

______________________
Telephone Number (If not represented by attorney)

______________________
Date

**Signature of Attorney**

X /s/ Michael St. James
Signature of Attorney for Debtor(s)

Michael St. James 95653
Printed Name of Attorney for Debtor(s)

ST. JAMES LAW, P.C.
Firm Name

155 Montgomery Street
Address
Suite 1004
San Francisco CA 94104

415-391-7566
Telephone Number

______________________
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Joseph Carouba
Signature of Authorized Individual

Joseph Carouba
Printed Name of Authorized Individual

Managing Member
Title of Authorized Individual

______________________
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documentation required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign proceeding is attached.

X ______________________
(Signature of Foreign Representative)

______________________
(Printed name of Foreign Representative)

______________________
(Date)

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C.§110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C §110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor as required in that section. Official Form 19B is attached.

______________________
Printed Name and title, if any, of bankruptcy Petition Preparer

______________________
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principle, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

______________________
Address

______________________

X ______________________

______________________
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; Required by 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# NORTHERN DIVISION

In re ***Bijou-Market, LLC***
***a limited liability company***
***aka Market Street Cinema***
***aka Bijou Market***
***aka La Gals***

Case No.
Chapter ***11***

______________________________/ Debtor

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m)

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| ***1***<br>***Roe l, Roe 2, Roe 3***<br>***c/o Minami, Lew & Tamaki***<br>***360 Post Street, 8th Floor***<br>***San Francisco CA 94108*** | Phone:<br>***Roe l, Roe 2, Roe 3***<br>***c/o Minami, Lew & Tamalei***<br>***360 Post Street, 8th Floor***<br>***San Francisco CA 94108*** | | ***U***<br>***D*** | ***$ 66,157,389.40*** |
| ***2***<br>***Mazzy's Fire***<br>***Protections Services***<br>***2551 W. Winton Ave., Suite 6-0***<br>***Hayward CA 94545*** | Phone:<br>***Mazzy's Fire***<br>***Protections Services***<br>***2551 W. Winton Ave., Suite 6-0***<br>***Hayward CA 94545*** | ***Business debt*** | | ***$ 36,107.00*** |
| ***3***<br>***N.A.E.F.***<br>***c/o Modern Bookkeeping***<br>***P.O. Box 408***<br>***Durano MI 48429*** | Phone:<br>***N.A.E.F.***<br>***c/o Modern Bookkeeping***<br>***P.O. Box 408***<br>***Durano MI 48429*** | ***Business debt*** | | ***$ 26,607.00*** |
| ***4***<br>***Jaidin Consulting Group, LLC***<br>***205 13th Street***<br>***San Francisco CA 94103*** | Phone:<br>***Jaidin Consulting Group, LLC***<br>***205 13th Street***<br>***San Francisco CA 94103*** | ***Business debt*** | | ***$ 25,049.00*** |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| *5*<br>*George J. Britton*<br>*2416 W. Tennyson Road*<br>*No. 237*<br>*Hayward CA 94545* | Phone:<br>*George J. Britton*<br>*2416 W. Tennyson Road*<br>*No. 237*<br>*Hayward CA 94545* | *Wages* | | *$ 9,000.00* |
| *6*<br>*Ernesto Salak*<br>*478 Gelbert Blvd.*<br>*Daly City CA 94015* | Phone:<br>*Ernesto Salak*<br>*478 Gelbert Blvd.*<br>*Daly City CA 94015* | *Wages* | | *$ 6,300.00* |
| *7*<br>*SFBSC Management, LLC*<br>*250 Columbus Avenue*<br>*Suite 207*<br>*San Francisco CA 94133* | Phone:<br>*SFBSC Management, LLC*<br>*250 Columbus Avenue*<br>*Suite 207*<br>*San Francisco CA 94133* | *Business debt* | | *$ 4,800.00* |
| *8*<br>*San Francisco Chronicle*<br>*P.O. Box 7268*<br>*San Francisco CA 94120-7268* | Phone:<br>*San Francisco Chronicle*<br>*P.O. Box 7268*<br>*San Francisco CA 94120-7268* | *Business debt* | | *$ 4,750.00* |
| *9*<br>*Habib Carouba*<br>*1147 Shoal Road*<br>*San Mateo CA 94404* | Phone:<br>*Habib Carouba*<br>*1147 Shoal Road*<br>*San Mateo CA 94404* | *Business debt* | | *$ 4,616.00* |
| *10*<br>*Consolidated Bookkeeping*<br>*P.O. Box 2602*<br>*Seattle WA 96111* | Phone:<br>*Consolidated Bookkeeping*<br>*P.O. Box 2602*<br>*Seattle WA 96111* | *Business debt* | | *$ 3,600.00* |
| *11*<br>*Sherri Ziesche*<br>*1338 Larkin Street*<br>*San Francisco CA 94108* | Phone:<br>*Sherri Ziesche*<br>*1338 Larkin Street*<br>*San Francisco CA 94108* | *Wages* | | *$ 2,800.00* |
| *12*<br>*Sam Conti*<br>*c/o FCA Artists*<br>*Pier 29 1/2*<br>*San Francisco CA 94111* | Phone:<br>*Sam Conti*<br>*c/o FCA Artists*<br>*Pier 29 1/2*<br>*San Francisco CA 94111* | *Business debt* | | *$ 2,312.00* |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| 13<br>Reed & Stillskin<br>875 Waller Street<br>Apt. 2<br>San Francisco CA 94117 | Phone:<br>Reed & Stillskin<br>875 Waller Street<br>Apt. 2<br>San Francisco CA 94117 | Business debt | | $ 2,000.00 |
| 14<br>Gerald J. Bunch<br>1499 California Street<br>No. 421<br>San Francisco CA 94109 | Phone:<br>Gerald J. Bunch<br>1499 California Street<br>No. 421<br>San Francisco CA 94109 | Wages | | $ 1,400.00 |
| 15<br>Mark Garcia<br>38 Castle Manor Avenue<br>San Francisco CA 94112 | Phone:<br>Mark Garcia<br>38 Castle Manor Avenue<br>San Francisco CA 94112 | Wages | | $ 1,200.00 |
| 16<br>John Weathersby<br>85109 62nd Street<br>Sacramento CA 95820 | Phone:<br>John Weathersby<br>85109 62nd Street<br>Sacramento CA 95820 | Wages | | $ 1,100.00 |
| 17<br>Central Parking<br>P.O. Box 175205<br>Baltimore MD 21297-1506 | Phone:<br>Central Parking<br>P.O. Box 175205<br>Baltimore MD 21297-1506 | Business debt | | $ 960.00 |
| 18<br>Sequel Media.com<br>985 Folsom Street<br>San Francisco CA 94107 | Phone:<br>Sequel Media.com<br>985 Folsom Street<br>San Francisco CA 94107 | Business debt | | $ 884.00 |
| 19<br>Terrell Butler<br>642 Page Street<br>San Jose CA 95128 | Phone:<br>Terrell Butler<br>642 Page Street<br>San Jose CA 95128 | Wages | | $ 728.00 |
| 20<br>Kenneth Lorenzetti<br>436 Pearl Avenue<br>Monrovia CA 91016 | Phone:<br>Kenneth Lorenzetti<br>436 Pearl Avenue<br>Monrovia CA 91016 | Wages | | $ 700.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A limited liability company

I, *Joseph Carouba* , *Managing Member* of the *limited liability company* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: ____________

Signature */s/ Joseph Carouba*
Name: *Joseph Carouba*
Title: *Managing Member*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# NORTHERN DIVISION

In re ***Bijou-Market, LLC,***
***a limited liability company***
***aka Market Street Cinema***
***aka Bijou Market***
***aka La Gals***
______________________________ / Debtor

Case No.
Chapter ***11***

Attorney for Debtor: ***Michael St. James***

## LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security | Number of Shares | Class of Shares, Kind of Interest |
|---|---|---|---|
| ***1*** | ***Little Darlings of San Francisco, LLC***<br>***San Francisco CA*** | | ***Sole member*** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## LIST OF EQUITY SECURITY HOLDERS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A LIMITED LIABILITY COMPANY

I, ***Joseph Carouba***, ***Managing Member*** of the ***limited liability company*** named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that they are true and correct to the best of my knowledge, information and belief.

Date: ____________________

Signature: ***/s/ Joseph Carouba***

Name: ***Joseph Carouba***

Title: ***Managing Member***

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# NORTHERN DIVISION

In re ***Bijou-Market, LLC, a limited liability company***

***aka Market Street Cinema***
***aka Bijou Market***
***aka La Gals***

/ Debtor

Case No.
Chapter ***11***

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| | | | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
| A-Real Property | *Yes* | *1* | $ *0.00* | | |
| B-Personal Property | *Yes* | *3* | $ *320,458.28* | | |
| C-Property Claimed as Exempt | *No* | *0* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $ *0.00* | |
| E-Creditors Holding Unsecured Priority Claims | *Yes* | *8* | | $ *37,203.00* | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *4* | | $ *66,271,149.40* | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *3* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *No* | *0* | | | $ *0.00* |
| J-Current Expenditures of Individual Debtor(s) | *No* | *0* | | | $ *0.00* |
| TOTAL | | | $ *320,458.28* | $ *66,308,352.40* | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# NORTHERN DIVISION

In re ***Bijou-Market, LLC, a limited liability company***

Case No.
Chapter ***11***

______________________________ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES (28 U.S.C § 159)
### [Individual Debtors Only]

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ *0.00* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ *0.00* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ *0.00* |
| Student Loan Obligations (from Schedule F) | $ *0.00* |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ *0.00* |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ *0.00* |
| TOTAL | $ *0.00* |

**The forgoing information is for statistical purposes only under 28 U.S.C. § 159.**

In re ***Bijou-Market, LLC, a limited liability company*** / Debtor Case No. ____________
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A LIMITED LIABILITY COMPANY

I, ***Joseph Carouba***, ***Managing Member*** of the ***limited liability company*** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ***22*** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: ____________

Signature ***/s/ Joseph Carouba***
Name: ***Joseph Carouba***
Title: ***Managing Member***

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

In re ***Bijou-Market, LLC*** / Debtor Case No.
(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.
If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| ***None*** | | | | ***None*** |
| | **TOTAL $** (Report also on Summary of Schedules.) | | ***0.00*** | |

No continuation sheets attached

In re ***Bijou-Market, LLC*** / Debtor Case No. ________ (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.
Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | *Cash on Hand*<br>*Location: In debtor's possession* | | *$ 67,240.00* |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Checking account (as of 2/22/06)*<br>*Location: In debtor's possession* | | *$ 5,060.73* |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | *Security deposits* | | *$ 13,245.00* |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |


Case: 06-30118 Doc# 1 Filed: 02/28/06 Entered: 02/28/06 17:09:21 Page 14 of 60

In re ***Bijou-Market, LLC*** / Debtor Case No. ____________ (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | *See Schedule B-16*<br>*Location: In debtor's possession* | | *$ 207,763.24* |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles. | | *Leased vehicle referenced in Schedule G*<br>*Location: In debtor's possession* | | *$ 0.00* |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | *Office equipment, see Schedule B-28*<br>*Location: In debtor's possession* | | *Unknown* |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |

In re **Bijou-Market, LLC** / Debtor Case No. ________ (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | | *Inventory*<br>*Location: In debtor's possession* | | *$ 5,205.00* |
| 31. Animals. | *X* | | | |
| 32. Crops - growing or harvested. Give particulars. | *X* | | | |
| 33. Farming equipment and implements. | *X* | | | |
| 34. Farm supplies, chemicals, and feed. | *X* | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | *Leasehold improvements*<br>*Location: In debtor's possession* | | *Unknown* |
| | | *Pre-paid Expenses*<br>*Market Street Cinema $20,692.68 - Real Estate Taxes*<br>*LaGals $1,251.63 - Real Estate Taxes*<br>*Location: In debtor's possession* | | *$ 21,944.31* |
| | | | **Total ➔** | *$ 320,458.28* |

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.



Case: 06-30118 Doc# 1 Filed: 02/28/06 Entered: 02/28/06 17:09:21 Page 16 of 60

In re ***Bijou-Market, LLC*** / Debtor Case No. ____________ (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. § 522(b) (2):
☒ 11 U.S.C. § 522(b) (3):

☐ Check if debtor claims a homestead exemption that exceeds $125,000.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| ***None*** | | | |



Case: 06-30118 Doc# 1 Filed: 02/28/06 Entered: 02/28/06 17:09:21 Page 17 of 60

In re **Bijou-Market, LLC** / Debtor    Case No.__________________
(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the childs name. See U.S.C. § 112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| **Creditor's Name and Mailing Address Including ZIP Code and Account Number** *(See Instructions Above)* | **Codebtor** | **H--Husband W--Wife J--Joint C--Community** | **Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien** | **Contingent** | **Unliquidated** | **Disputed** | **Amount of Claim Without Deducting Value of Collateral** | **Unsecured Portion, if any** |
|---|---|---|---|---|---|---|---|---|
| Account No: | | | Value: | | | | | |
| Account No: | | | Value: | | | | | |
| Account No: | | | Value: | | | | | |
| Account No: | | | Value: | | | | | |

No continuation sheets attached

| | |
|---|---|
| **Subtotal $** (Total of this page) | 0.00 |
| **Total $** (Use only on last page) | 0.00 |

In re **Bijou-Market, LLC** / Debtor Case No.__________________
(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**7** **continuation sheets attached**

FORM B6E (10/05) West Group, Rochester, NY

In re *Bijou-Market, LLC* / Debtor                Case No.________________

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY ***Wages, salaries, and commissions***

| Creditor's Name, Mailing Address including Zip Code, and Account Number | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|---|
| Account No:<br>***Creditor # : 1***<br>***Alvaro Salazar***<br>***4148 Nulty Drive***<br>***Concord CA 95040*** | | | ***Wages*** | | | | ***$ 350.00*** | ***$ 350.00*** |
| Account No:<br>***Creditor # : 2***<br>***Ana D. Quevedo-Lopez***<br>***1916 Mission Street***<br>***San Francisco CA 94103*** | | | ***Wages*** | | | | ***$ 49.00*** | ***$ 49.00*** |
| Account No:<br>***Creditor # : 3***<br>***Anna Luna***<br>***3265 28th Street***<br>***No. 1***<br>***San Francisco CA 94110*** | | | ***Wages*** | | | | ***$ 420.00*** | ***$ 420.00*** |
| Account No:<br>***Creditor # : 4***<br>***Anthony King***<br>***55 Mason Street***<br>***No. 619***<br>***San Francisco CA 94102*** | | | ***Wages*** | | | | ***$ 450.00*** | ***$ 450.00*** |
| Account No:<br>***Creditor # : 5***<br>***Antoine Lammam***<br>***4513 Byrne Ct.***<br>***Santa Rosa CA 95409*** | | | ***Wages*** | | | | ***$ 490.00*** | ***$ 490.00*** |
| Account No:<br>***Creditor # : 6***<br>***Christopher J. Allen***<br>***1210 Alamo Way***<br>***Pittsbug CA 94585*** | | | ***Wages*** | | | | ***$ 414.00*** | ***$ 414.00*** |
| Account No:<br>***Creditor # : 7***<br>***Christopher J. Staricco***<br>***55 30th Street***<br>***No. 22***<br>***San Francisco CA 94110*** | | | ***Wages*** | | | | ***$ 480.00*** | ***$ 480.00*** |

Sheet No. ***1*** of ***7*** sheets attached to Schedule of Creditors Holding Priority Claims

**Subtotal $** (Total of this page) ***2,653.00***

**Total $**
(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re *Bijou-Market, LLC* / Debtor Case No.__________ (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY *Wages, salaries, and commissions*

| Creditor's Name, Mailing Address including Zip Code, and Account Number | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 8*<br>*Douglas Stephens*<br>*3704 West*<br>*No. 8*<br>*Oakland CA 94809* | | | *Wages* | | | | *$ 360.00* | *$ 360.00* |
| Account No:<br>*Creditor # : 9*<br>*Dwight Smith*<br>*921 Apgar Street*<br>*Oakland CA 94608* | | | *Wages* | | | | *$ 380.00* | *$ 380.00* |
| Account No:<br>*Creditor # : 10*<br>*Edwin Anaya*<br>*2788 11th Street*<br>*San Pablo CA 94808* | | | *Wages* | | | | *$ 528.00* | *$ 528.00* |
| Account No:<br>*Creditor # : 11*<br>*Emile Lammam*<br>*937 Guerrero Street*<br>*San Francisco CA 94110* | | | *Wages* | | | | *$ 526.00* | *$ 526.00* |
| Account No:<br>*Creditor # : 12*<br>*Ernesto Salak*<br>*478 Gelbert Blvd.*<br>*Daly City CA 94015* | | | *Wages* | | | | *$ 6,300.00* | *$ 6,300.00* |
| Account No:<br>*Creditor # : 13*<br>*Fred Nazari*<br>*4 Commodore Drive*<br>*No. 323*<br>*Emeryville CA 94608* | | | *Wages* | | | | *$ 414.00* | *$ 414.00* |
| Account No:<br>*Creditor # : 14*<br>*Frederick Cousart*<br>*314 Palmetto Avenue*<br>*No. 38*<br>*Pacifica CA 94044* | | | *Wages* | | | | *$ 360.00* | *$ 360.00* |

Sheet No. *2* of *7* sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal $ (Total of this page) *8,868.00*

Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re Bijou-Market, LLC / Debtor    Case No.__________ (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY *Wages, salaries, and commissions*

| Creditor's Name, Mailing Address including Zip Code, and Account Number | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 15*<br>*George J. Britton*<br>*2416 W. Tennyson Road*<br>*No. 237*<br>*Hayward CA 94545* | | | *Wages* | | | | *$ 9,000.00* | *$ 9,000.00* |
| Account No:<br>*Creditor # : 16*<br>*Gerald J. Bunch*<br>*1499 California Street*<br>*No. 421*<br>*San Francisco CA 94109* | | | *Wages* | | | | *$ 1,400.00* | *$ 1,400.00* |
| Account No:<br>*Creditor # : 17*<br>*Gerardo M. Hernandez*<br>*2014 8th Avenue*<br>*No. 103*<br>*Oakland CA 94608* | | | *Wages* | | | | *$ 451.00* | *$ 451.00* |
| Account No:<br>*Creditor # : 18*<br>*Glen Chisholm*<br>*58 Mason Street*<br>*No. 201*<br>*San Francisco CA 94102* | | | *Wages* | | | | *$ 483.00* | *$ 483.00* |
| Account No:<br>*Creditor # : 19*<br>*James M. Kerns*<br>*3748 Poinciana Drive*<br>*No. 12*<br>*Santa Clara CA 95051* | | | *Wages* | | | | *$ 315.00* | *$ 315.00* |
| Account No:<br>*Creditor # : 20*<br>*Jason Stewart-Hanson*<br>*1993 Shoreview Avenue*<br>*San Mateo CA 94401* | | | *Wages* | | | | *$ 138.00* | *$ 138.00* |
| Account No:<br>*Creditor # : 21*<br>*Jennifer A. Blaney*<br>*42 Talbert Street*<br>*San Francisco CA 94134* | | | *Wages* | | | | *$ 400.00* | *$ 400.00* |

Sheet No. *3* of *7* sheets attached to Schedule of Creditors Holding Priority Claims

**Subtotal $** (Total of this page) *12,187.00*

**Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re *Bijou-Market, LLC* / Debtor Case No.__________ (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY *Wages, salaries, and commissions*

| Creditor's Name, Mailing Address including Zip Code, and Account Number | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 22*<br>*Jessica Bustillo*<br>*2170 Turk Street*<br>*No. 105*<br>*San Francisco CA 94102* | | | *Wages* | | | | *$ 360.00* | *$ 360.00* |
| Account No:<br>*Creditor # : 23*<br>*John Weathersby*<br>*85109 62nd Street*<br>*Sacramento CA 95820* | | | *Wages* | | | | *$ 1,100.00* | *$ 1,100.00* |
| Account No:<br>*Creditor # : 24*<br>*Jose M. Sao*<br>*1289 41st Avenue*<br>*San Francisco CA 94122* | | | *Wages* | | | | *$ 480.00* | *$ 480.00* |
| Account No:<br>*Creditor # : 25*<br>*Juan X. Huang*<br>*642 42nd Street*<br>*Richmond CA 94805* | | | *Wages* | | | | *$ 414.00* | *$ 414.00* |
| Account No:<br>*Creditor # : 26*<br>*Kenneth Lorenzetti*<br>*436 Pearl Avenue*<br>*Monrovia CA 91016* | | | *Wages* | | | | *$ 700.00* | *$ 700.00* |
| Account No:<br>*Creditor # : 27*<br>*Marcus Carr*<br>*401 Walnut Ave.*<br>*No. 1*<br>*S. San Francisco CA 94080* | | | *Wages* | | | | *$ 560.00* | *$ 560.00* |
| Account No:<br>*Creditor # : 28*<br>*Mark Garcia*<br>*38 Castle Manor Avenue*<br>*San Francisco CA 94112* | | | *Wages* | | | | *$ 1,200.00* | *$ 1,200.00* |

Sheet No. *4* of *7* sheets attached to Schedule of Creditors Holding Priority Claims

**Subtotal $** (Total of this page) *4,814.00*

**Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re *Bijou-Market, LLC* / Debtor Case No.____________ (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY *Wages, salaries, and commissions*

| Creditor's Name, Mailing Address including Zip Code, and Account Number | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 29*<br>*Mark Legaspi*<br>*1317 Santa Clara*<br>*Alameda CA 94501* | | | *Wages* | | | | *$ 270.00* | *$ 270.00* |
| Account No:<br>*Creditor # : 30*<br>*Michael Lopez*<br>*22189 Main Street*<br>*Hayward CA 94541* | | | *Wages* | | | | *$ 324.00* | *$ 324.00* |
| Account No:<br>*Creditor # : 31*<br>*Michael Staricco*<br>*55 30th Street*<br>*No. 22*<br>*San Francisco CA 94110* | | | *Wages* | | | | *$ 480.00* | *$ 480.00* |
| Account No:<br>*Creditor # : 32*<br>*Mizyed Alazraie*<br>*120 Mason STreet*<br>*San Francisco CA 94102* | | | *Wages* | | | | *$ 483.00* | *$ 483.00* |
| Account No:<br>*Creditor # : 33*<br>*Narinder Singh*<br>*1230 Market Street*<br>*No. 502*<br>*San Francisco CA 94102* | | | *Wages* | | | | *$ 483.00* | *$ 483.00* |
| Account No:<br>*Creditor # : 34*<br>*Natasha Bennett*<br>*354 Velasco Ave.*<br>*San Francisco CA 94134* | | | *Wages* | | | | *$ 360.00* | *$ 360.00* |
| Account No:<br>*Creditor # : 35*<br>*Paul J. Soria*<br>*34 Turk Street*<br>*No. 341*<br>*San Francisco CA 94102* | | | *Wages* | | | | *$ 552.00* | *$ 552.00* |

Sheet No. *5* of *7* sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal $ (Total of this page) *2,952.00*

Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re *Bijou-Market, LLC* / Debtor    Case No.__________ (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY *Wages, salaries, and commissions*

| Creditor's Name, Mailing Address including Zip Code, and Account Number | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 36*<br>*Salvador C. Galindes*<br>*86 8th Street*<br>*No. 328*<br>*San Francisco CA 94103* | | | *Wages* | | | | *$ 414.00* | *$ 414.00* |
| Account No:<br>*Creditor # : 37*<br>*Salvador Ferrer*<br>*4115 San Bruno Avenue*<br>*San Francisco CA 94134* | | | *Wages* | | | | *$ 420.00* | *$ 420.00* |
| Account No:<br>*Creditor # : 38*<br>*Samir I. Ibrahim*<br>*32 Precita Avenue*<br>*No. 8*<br>*San Francisco CA 94110* | | | *Wages* | | | | *$ 276.00* | *$ 276.00* |
| Account No:<br>*Creditor # : 39*<br>*Shannon Mitchell*<br>*6531 Manila Avenue*<br>*No. 3*<br>*El Cerrito CA 94550* | | | *Wages* | | | | *$ 414.00* | *$ 414.00* |
| Account No:<br>*Creditor # : 40*<br>*Sherri Ziesche*<br>*1338 Larkin Street*<br>*San Francisco CA 94108* | | | *Wages* | | | | *$ 2,800.00* | *$ 2,800.00* |
| Account No:<br>*Creditor # : 41*<br>*Terrell Butler*<br>*642 Page Street*<br>*San Jose CA 95128* | | | *Wages* | | | | *$ 728.00* | *$ 728.00* |
| Account No:<br>*Creditor # : 42*<br>*Walter Jones*<br>*2305 7th Street*<br>*Berkeley CA 94710* | | | *Wages* | | | | *$ 414.00* | *$ 414.00* |

Sheet No. *6* of *7* sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal $ (Total of this page) *5,466.00*

Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re Bijou-Market, LLC / Debtor Case No.______________ (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY *Wages, salaries, and commissions*

| Creditor's Name, Mailing Address including Zip Code, and Account Number | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 43*<br>*Willie D. Davis*<br>*520 S. Van Ness*<br>*No. 254*<br>*San Francisco CA 94110* | | | *Wages* | | | | *$ 263.00* | *$ 263.00* |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. *7* of *7* sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal $ (Total of this page) *263.00*

Total $ *37,263.00*

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re *Bijou-Market, LLC* / Debtor Case No.____________________
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the childs name. See 11 U.S.C. 112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim without deductiong value of colateral |
|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 1*<br>*1077 Market Street, LLC*<br>*P.O. Box 2602*<br>*Seattle WA 98111* | | | *Business debt* | | | | *$ 0.00* |
| Account No:<br>*Creditor # : 2*<br>*Apex Locksmith*<br>*156 Goldmine Drive*<br>*San Francisco CA 94131* | | | *Business debt* | | | | *$ 327.00* |
| Account No:<br>*Creditor # : 3*<br>*Central Parking*<br>*P.O. Box 175205*<br>*Baltimore MD 21297-1506* | | | *Business debt* | | | | *$ 960.00* |
| Account No:<br>*Creditor # : 4*<br>*Consolidated Bookkeeping*<br>*P.O. Box 2602*<br>*Seattle WA 96111* | | | *Business debt* | | | | *$ 3,600.00* |

*3* continuation sheets attached

| | |
|---|---|
| **Subtotal $** (Total of this page) | *4,887.00* |
| **Total $** (Report total also on Summary of Schedules) | |

In re *Bijou-Market, LLC* / Debtor Case No.__________
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim without deductiong value of colateral |
|---|---|---|---|---|---|---|---|
| Account No: *1333*<br>*Creditor # : 5*<br>*Dewey Pest Control*<br>*6300 3rd Street*<br>*San Francisco CA 94124-3502* | | | *Business debt* | | | | *$ 85.00* |
| Account No:<br>*Creditor # : 6*<br>*Dispensers Unlimited*<br>*146 Cumberland Way*<br>*Alameda CA 94502-6455* | | | *Business debt* | | | | *$ 112.00* |
| Account No:<br>*Creditor # : 7*<br>*Fair Market Properties*<br>*968 Market Street*<br>*Suite 800*<br>*San Francisco CA 94102* | | | *Business debt* | | | | *$ 0.00* |
| Account No:<br>*Creditor # : 8*<br>*FCA Artist/Sam Conti*<br>*Pier 29 1/2*<br>*San Francisco CA 94111* | | | *Business debt* | | | | *$ 290.00* |
| Account No: *5936*<br>*Creditor # : 9*<br>*Grainger*<br>*Dept. 729-844735936*<br>*Palatine IL 60038-0001* | | | *Business debt* | | | | *$ 353.00* |
| Account No:<br>*Creditor # : 10*<br>*Habib Carouba*<br>*1147 Shoal Road*<br>*San Mateo CA 94404* | | | *Business debt* | | | | *$ 4,616.00* |

Sheet No. *1* of *3* continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** (Total of this page) | *5,456.00* |
| **Total $** (Report total also on Summary of Schedules) | |

FORM B6F (10/05) West Group, Rochester, NY

In re *Bijou-Market, LLC* / Debtor    Case No. ____________ (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim without deductiong value of colateral |
|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 11*<br>*Jaidin Consulting Group, LLC*<br>*205 13th Street*<br>*San Francisco CA 94103* | | | *Business debt* | | | | *$ 25,049.00* |
| Account No:<br>*Creditor # : 12*<br>*Mazzy's Fire*<br>*Protections Services*<br>*2551 W. Winton Ave., Suite 6-0*<br>*Hayward CA 94545* | | | *Business debt* | | | | *$ 36,107.00* |
| Account No:<br>*Creditor # : 13*<br>*N.A.E.F.*<br>*c/o Modern Bookkeeping*<br>*P.O. Box 408*<br>*Durano MI 48429* | | | *Business debt* | | | | *$ 26,607.00* |
| Account No:<br>*Creditor # : 14*<br>*Reed & Stillskin*<br>*875 Waller Street*<br>*Apt. 2*<br>*San Francisco CA 94117* | | | *Business debt* | | | | *$ 2,000.00* |
| Account No:<br>*Creditor # : 15*<br>*Roe l, Roe 2, Roe 3*<br>*c/o Minami, Lew & Tamaki*<br>*360 Post Street, 8th Floor*<br>*San Francisco CA 94108* | | | | | *X* | *X* | *$ 66,157,389.40* |
| Account No:<br>*Creditor # : 16*<br>*Sam Conti*<br>*c/o FCA Artists*<br>*Pier 29 1/2*<br>*San Francisco CA 94111* | | | *Business debt* | | | | *$ 2,312.00* |

Sheet No. *2* of *3* continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** (Total of this page) | *66,249,464.40* |
| **Total $** (Report total also on Summary of Schedules) | |

In re Bijou-Market, LLC / Debtor Case No.________________
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim without deductiong value of colateral |
|---|---|---|---|---|---|---|---|
| Account No: 1006<br>Creditor # : 17<br>San Francisco Chronicle<br>P.O. Box 7268<br>San Francisco CA 94120-7268 | | | Business debt | | | | $ 4,750.00 |
| Account No: 4214<br>Creditor # : 18<br>SBC<br>Payment Center<br>Sacramento CA 95887-0001 | | | Business debt | | | | $ 72.00 |
| Account No:<br>Creditor # : 19<br>Sequel Media.com<br>985 Folsom Street<br>San Francisco CA 94107 | | | Business debt | | | | $ 884.00 |
| Account No:<br>Creditor # : 20<br>SFBSC Management, LLC<br>250 Columbus Avenue<br>Suite 207<br>San Francisco CA 94133 | | | Business debt | | | | $ 4,800.00 |
| Account No: 2055<br>Creditor # : 21<br>Staples Business Advantage<br>Dept. LA 1368<br>P.O. Box 83689<br>Chicago IL 60696-3689 | | | Business debt | | | | $ 290.00 |
| Account No:<br>Creditor # : 22<br>Transtel<br>2155 23rd AVenue<br>San Francisco CA 94116 | | | Business debt | | | | $ 546.00 |

Sheet No. 3 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ (Total of this page) | 11,342.00 |
| Total $ (Report total also on Summary of Schedules) | 66,271,149.40 |

In re *Bijou-Market, LLC* / Debtor Case No. ____________ (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "minor child" and do not disclose the child's name. See 11 U.S.C 112 Fed.R.Bankr.P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| **Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract** | **Description of Contract or Lease and Nature of Debtor's Interest.** State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *Apartment Lease*<br>*60 Leavenworth, No. 24*<br>*San Francisco CA* | Contract Type: *Apartment Lease*<br>Terms: *Month to month*<br>Beginning date:<br>Debtor's Interest: *Tenant*<br>Description: *Apartment*<br>Buyout Option: |
| *Bank of America* | Contract Type: *Business Fin. Relationship Agreement*<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description: *Business banking agreement*<br>Buyout Option: |
| *City & County of San Francisco*<br>*Office of the Treasurer* | Contract Type: *Business Lincense*<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description:<br>Buyout Option: |
| *Consolidated Bookkeeping*<br>*& Management Services*<br>*P.O. Box 2602*<br>*Seattle WA 98111* | Contract Type: *Accounting & Management*<br>Terms: *$1,500 per month*<br>Beginning date: *5/5/2000*<br>Debtor's Interest: *Purchaser*<br>Description:<br>Buyout Option: |
| *Deja Vu Consulting, Inc.*<br>*3800 Capital City Blvd.*<br>*Lansing MI 48906* | Contract Type: *Trademark License Agreement*<br>Terms: *Calculated on a quarterly basis*<br>Beginning date: *5/1/2001*<br>Debtor's Interest: *Licensee*<br>Description:<br>Buyout Option: |

In re *Bijou-Market, LLC* / Debtor Case No. ____________ (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *Deja Vu/San Francisco, LLC*<br>*250 Columbus*<br>*Suite 207*<br>*San Francisco CA 94133-4536* | Contract Type: *Administrative Service Agreement*<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description:<br>Buyout Option: |
| *Dewey Pest Control*<br>*63000 3rd Street*<br>*San Francisco CA 94124-3602* | Contract Type: *Service contract*<br>Terms: *$85.00 per month*<br>Beginning date: *10/20/2004*<br>Debtor's Interest: *Purchaser*<br>Description: *Pest control*<br>Buyout Option: |
| *Fair Market Properties, LLC*<br>*David P. Addington* | Contract Type: *Non-residential lease*<br>Terms: *36 months starting 10/1/04, ending 9/30/06*<br>Beginning date:<br>Debtor's Interest: *Tenant*<br>Description: *Non-residential lease of premises located at 1028 Market Street, San Francisco, CA 94104*<br>Buyout Option: |
| *Habib Carouba*<br>*c/o Market Street Cinema*<br>*1077 Market Street*<br>*San Francisco CA 94103* | Contract Type: *Consulting Agreement*<br>Terms: *$4,615.38 bi-weekly, 5 year contract*<br>Beginning date: *5/16/2004*<br>Debtor's Interest: *Employer*<br>Description:<br>Buyout Option: |
| *Joseph Carouba*<br>*250 Columbus*<br>*Suite 207*<br>*San Francisco CA 94133-4536* | Contract Type: *Consulting Agreement*<br>Terms: *4% of gross revenues, 5 year contract*<br>Beginning date: *5/1/2001*<br>Debtor's Interest: *Employer*<br>Description:<br>Buyout Option: |
| *Lexus of Serramonte*<br>*700 Serramonte Blvd.*<br>*Colma CA 94014* | Contract Type: *Automobile lease*<br>Terms: *$1557.68 per month for 47 months*<br>Beginning date:<br>Debtor's Interest:<br>Description: *Automobile lease through Chase of 2004 Lexus LS430*<br>Buyout Option: |

In re ***Bijou-Market, LLC*** / Debtor  Case No. ____________ (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| **Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract** | **Description of Contract or Lease and Nature of Debtor's Interest.** State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| ***Roger Forbes***<br>***c/o Consolidated Bookkeeping***<br>***P.O. Box 2602***<br>***Seattle WA 98111*** | Contract Type: ***Consulting Agreement***<br>Terms: ***4% of gross revenus, 5 year contract***<br>Beginning date: ***5/1/2001***<br>Debtor's Interest: ***Employer***<br>Description: ***Bookkeeping and Management***<br>Buyout Option: |
| ***Roger H. Forbes***<br>***1077 Market Street, LLC***<br>***P.O. Box 2602***<br>***Seattle WA 98111*** | Contract Type: ***Non-residential lease***<br>Terms: ***15 year lease starting 7/1/1999, ending 7/30/2014.***<br>Beginning date:<br>Debtor's Interest: ***Lessee***<br>Description: ***Lease for business premises at 1077 Market Street***<br>Buyout Option: |
| ***Samuel J. Conti***<br>***Pier 29 1/2 at Embarcardero***<br>***San Francisco CA 94111*** | Contract Type: ***Consulting Agreement***<br>Terms: ***4% of gross revenues, 5 year contract***<br>Beginning date: ***5/1/2001***<br>Debtor's Interest: ***Employer***<br>Description:<br>Buyout Option: |

In re ***Bijou-Market, LLC*** / Debtor Case No. ____________ (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California Idaho, Louisiana, Nevada, New Mexico, Puerto Rico Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the childs name. See 11 U.S.C 112 ; Fed.Bankr.P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | |

In re **Bijou-Market, LLC** / Debtor Case No. ______________________
(if known)

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12, or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| | | |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimated Monthly Overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll Taxes and Social Security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union Dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from Real Property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social Security or other government assistance Specify: | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income Specify: | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. TOTAL MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 0.00 | $ 0.00 |
| 16. TOTAL COMBINED MONTHLY INCOME: $ 0.00 | (Report also on Summary of Schedules) | |

17. Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re ***Bijou-Market, LLC*** / Debtor Case No. ____________ (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 0.00 |
| a. Are real estate taxes included? Yes ☐ No ☒ | |
| b. Is property insurance included? Yes ☐ No ☒ | |
| 2. Utilities: a. Electricity and heating fuel | $ 0.00 |
| b. Water and sewer | $ 0.00 |
| c. Telephone | $ 0.00 |
| d. Other | $ 0.00 |
| Other | $ 0.00 |
| Other | $ 0.00 |
| 3. Home maintenance (Repairs and upkeep) | $ 0.00 |
| 4. Food | $ 0.00 |
| 5. Clothing | $ 0.00 |
| 6. Laundry and dry cleaning | $ 0.00 |
| 7. Medical and dental expenses | $ 0.00 |
| 8. Transportation (not including car payments) | $ 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ 0.00 |
| b. Life | $ 0.00 |
| c. Health | $ 0.00 |
| d. Auto | $ 0.00 |
| e. Other | $ 0.00 |
| Other | $ 0.00 |
| Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | |
| (Specify) | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ 0.00 |
| b. Other: | $ 0.00 |
| c. Other: | $ 0.00 |
| d. Other: | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other: | $ 0.00 |
| Other: | $ 0.00 |
| Other: | $ 0.00 |
| 18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 0.00 |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Total monthly income from Line 16 of Schedule I | $ 0.00 |
| b. Total monthly expenses from Line 18 above | $ 0.00 |
| c. Monthly net income (a. minus b.) | $ 0.00 |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# NORTHERN DIVISION

In re:***Bijou-Market, LLC,***
***a limited liability company***
***aka Market Street Cinema***
***aka Bijou Market***
***aka La Gals***

Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

### 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| ***Year to date:*** | |
| ***2005: $1,104,210*** | ***Net operating income*** |
| ***2004: $2,264,300*** | ***Net Operating income*** |

### 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE



Case: 06-30118 Doc# 1 Filed: 02/28/06 Entered: 02/28/06 17:09:21 Page 37 of 60

## 3. Payments to creditors

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.(Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| ***Not applicable*** | | | |

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| ***See Schedule 3b*** | | | |

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| ***See Schedule 3c*** | | | |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| ***Roe 1, et al. v. Bijou-Century, et al. Case No. CGC03418100*** | | ***San Francisco Superior Court*** | |

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**6. Assignments and receiverships**

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**7. Gifts**

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**8. Losses**

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**9. Payments related to debt counseling or bankruptcy**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| ***Michael St. James***<br>***155 Montgomery Street***<br>***Suite 1004***<br>***San Francisco, CA 94104*** | ***Date of Payment: 2/27/2006***<br>***Payor: Bijou-Market, LLC*** | ***$50,000.00*** |

**10. Other transfers**

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| ***See Schedule 10a*** | | ***Distributions on equity*** |
| ***See Schedule 10b*** | | ***Loans*** |

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

☒ NONE



Case: 06-30118 Doc# 1 Filed: 02/28/06 Entered: 02/28/06 17:09:21 Page 39 of 60

## 11. Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

## 12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

## 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

## 14. Property held for another person

List all property owned by another person that the debtor holds or controls.

☒ NONE

---

## 15. Prior address of debtor

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☒ NONE

---

## 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

☒ NONE

---

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☒ NONE

---

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ NONE

---

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☒ NONE

---

**18. Nature, location and name of business**

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

☒ NONE

---

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒ NONE

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

**19. Books, records and financial statements**

a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| ***David Shindel, CPA***<br>***Shindel, Rock & Associates, PC***<br>***28100 Cabot Drive, Suite 102***<br>***Noe, MI 48377*** | |
| ***Consolidated Bookkeeping and Management Services, Inc.***<br>***P.O. Box 2603***<br>***Seattle, WA 98111*** | |

b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| ***David Shindel, CPA***<br>***Shindel, Rock & Associates, PC***<br>***28100 Cabot Drive, Suite 102***<br>***Noe, MI 48377*** | |
| ***Consolidated Bookkeeping and Managemnet Services, Inc.***<br>***P.O. Box 2603***<br>***Seattle, WA 98111*** | |

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS

***Consolidated Bookkeeping & Management Services, Inc.***
***P.O. Box 2603***
***Seattle, WA 98111***

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

☒ NONE

**20. Inventories**

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| ***12/31/05*** | ***Habib Carouba*** | ***$5205*** |
| ***12/31/04*** | ***Habib Carouba*** | ***$11,238*** |

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| ***12/31/05*** | ***Habib Carouba***<br>***1077 Market Street***<br>***San Francisco, CA 94103*** |
| ***12/31/04*** | ***Habib Carouba***<br>***1077 Market Street***<br>***San Francisco, CA 94103*** |

**21. Current Partners, Officers, Directors and Shareholders**

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

☒ NONE



Case: 06-30118 Doc# 1 Filed: 02/28/06 Entered: 02/28/06 17:09:21 Page 42 of 60

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

☒ NONE

## 22. Former partners, officers, directors and shareholders

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

☒ NONE

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

☒ NONE

## 23. Withdrawals from a partnership or distribution by a corporation

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

☒ NONE

## 24. Tax Consolidation Group.

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

☒ NONE

## 25. Pension Funds.

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

☒ NONE


Case: 06-30118 Doc# 1 Filed: 02/28/06 Entered: 02/28/06 17:09:21 Page 43 of 60

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ______________________ Signature of Debtor ***/s/ Joseph Carouba***

Signature (if any)


Case: 06-30118 Doc# 1 Filed: 02/28/06 Entered: 02/28/06 17:09:21 Page 44 of 60

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# NORTHERN DIVISION

In re ***Bijou-Market, LLC, a limited liability company***
***aka Market Street Cinema***
***aka Bijou Market***
***aka La Gals***

/ Debtor

Case No.
Chapter ***11***

Attorney for Debtor: ***Michael St. James***

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.
2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ***50,000.00***
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . . $ ***50,000.00***
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ***0.00***
3. $ ***1,039.00*** of the filing fee in this case has been paid.
4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.
5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   ***None other***
6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   ***None other***
7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   ***None***
8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   ***None***

Dated:

Respectfully submitted,

X ***/s/ Michael St. James***

Attorney for Petitioner: ***Michael St. James***
***ST. JAMES LAW, P.C.***
***155 Montgomery Street***
***Suite 1004***
***San Francisco CA 94104***

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**NORTHERN DIVISION**

In re ***Bijou-Market, LLC,***
***a limited liability company***
***aka Market Street Cinema***
***aka Bijou Market***
***aka La Gals***
/ Debtor

Attorney for Debtor: ***Michael St. James***

Case No.
Chapter ***11***

## CERTIFICATION OF CREDITOR MATRIX

I hereby certify that the attached matrix includes the names and addresses of all creditors listed on the debtor's schedules.

Dated: ____________________

***/s/ Michael St. James***
Debtor's Attorney

1077 Market Street  LLC
P O  Box 2602
Seattle  WA  98111

Alvaro Salazar
4148 Nulty Drive
Concord  CA  95040

Ana D  Quevedo-Lopez
1916 Mission Street
San Francisco  CA  94103

Anna Luna
3265 28th Street
No  1
San Francisco  CA  94110

Anthony King
55 Mason Street
No  619
San Francisco  CA  94102

Antoine Lammam
4513 Byrne Ct
Santa Rosa  CA  95409

Apartment Lease
60 Leavenworth  No  24
San Francisco  CA

Apex Locksmith
156 Goldmine Drive
San Francisco  CA  94131

Bank of America

Central Parking
P O  Box 175205
Baltimore  MD  21297-1506

Christopher J  Allen
1210 Alamo Way
Pittsbug  CA  94585

Christopher J  Staricco
55 30th Street
No  22
San Francisco  CA  94110

City & County of San Francisco
Office of the Treasurer

Consolidated Bookkeeping
& Management Services
P O  Box 2602
Seattle  WA  98111

Consolidated Bookkeeping
P O  Box 2602
Seattle  WA  96111

Deja Vu Consulting  Inc
3800 Capital City Blvd
Lansing  MI  48906

Deja Vu/San Francisco  LLC
250 Columbus
Suite 207
San Francisco  CA  94133-4536

Dewey Pest Control
6300 3rd Street
San Francisco  CA  94124-3502

Dewey Pest Control
63000 3rd Street
San Francisco  CA  94124-3602

Dispensers Unlimited
146 Cumberland Way
Alameda  CA  94502-6455

Douglas Stephens
3704 West
No  8
Oakland  CA  94809

Dwight Smith
921 Apgar Street
Oakland  CA  94608

Edwin Anaya
2788 11th Street
San Pablo  CA  94808

Emile Lammam
937 Guerrero Street
San Francisco  CA  94110

Fair Market Properties
968 Market Street
Suite 800
San Francisco  CA  94102

Fair Market Properties  LLC
David P  Addington

FCA Artist/Sam Conti
Pier 29 1/2
San Francisco  CA  94111

Fred Nazari
4 Commodore Drive
No  323
Emeryville  CA  94608

Frederick Cousart
314 Palmetto Avenue
No  38
Pacifica  CA  94044

Gerardo M  Hernandez
2014 8th Avenue
No  103
Oakland  CA  94608

Glen Chisholm
58 Mason Street
No  201
San Francisco  CA  94102

Grainger
Dept  729-844735936
Palatine  IL  60038-0001

Habib Carouba
1147 Shoal Road
San Mateo  CA  94404

Habib Carouba
c/o Market Street Cinema
1077 Market Street
San Francisco  CA  94103

Jaidin Consulting Group  LLC
205 13th Street
San Francisco  CA  94103

James M  Kerns
3748 Poinciana Drive
No  12
Santa Clara  CA  95051

Jason Stewart-Hanson
1993 Shoreview Avenue
San Mateo  CA  94401

Jennifer A  Blaney
42 Talbert Street
San Francisco  CA  94134

Jessica Bustillo
2170 Turk Street
No  105
San Francisco  CA  94102

Jose M  Sao
1289 41st Avenue
San Francisco  CA  94122

Joseph Carouba
250 Columbus
Suite 207
San Francisco  CA  94133-4536

Juan X  Huang
642 42nd Street
Richmond  CA  94805

Lexus of Serramonte
700 Serramonte Blvd
Colma  CA  94014

Marcus Carr
401 Walnut Ave
No  1
S  San Francisco  CA  94080

Mark Legaspi
1317 Santa Clara
Alameda  CA  94501

Mazzy's Fire
Protections Services
2551 W  Winton Ave   Suite 6-0
Hayward  CA  94545

Michael Lopez
22189 Main Street
Hayward  CA  94541

Michael Staricco
55 30th Street
No  22
San Francisco  CA  94110

Mizyed Alazraie
120 Mason STreet
San Francisco  CA  94102

N A E F
c/o Modern Bookkeeping
P O  Box 408
Durano  MI  48429

Narinder Singh
1230 Market Street
No 502
San Francisco CA 94102

Natasha Bennett
354 Velasco Ave
San Francisco CA 94134

Paul J Soria
34 Turk Street
No 341
San Francisco CA 94102

Reed & Stillskin
875 Waller Street
Apt 2
San Francisco CA 94117

Roe l Roe 2 Roe 3
c/o Minami Lew & Tamaki
360 Post Street 8th Floor
San Francisco CA 94108

Roger Forbes
c/o Consolidated Bookkeeping
P O Box 2602
Seattle WA 98111

Roger H  Forbes
1077 Market Street  LLC
P O  Box 2602
Seattle  WA  98111

Salvador C  Galindes
86 8th Street
No  328
San Francisco  CA  94103

Salvador Ferrer
4115 San Bruno Avenue
San Francisco  CA  94134

Sam Conti
c/o FCA Artists
Pier 29 1/2
San Francisco  CA  94111

Samir I  Ibrahim
32 Precita Avenue
No  8
San Francisco  CA  94110

Samuel J  Conti
Pier 29 1/2 at Embarcardero
San Francisco  CA  94111

San Francisco Chronicle
P O  Box 7268
San Francisco  CA  94120-7268

SBC
Payment Center
Sacramento  CA  95887-0001

Sequel Media com
985 Folsom Street
San Francisco  CA  94107

SFBSC Management  LLC
250 Columbus Avenue
Suite 207
San Francisco  CA  94133

Shannon Mitchell
6531 Manila Avenue
No  3
El Cerrito  CA  94550

Staples Business Advantage
Dept  LA 1368
P O  Box 83689
Chicago  IL  60696-3689

Transtel
2155 23rd AVenue
San Francisco  CA  94116

Walter Jones
2305 7th Street
Berkeley  CA  94710

Willie D  Davis
520 S  Van Ness
No  254
San Francisco  CA  94110

Ernesto Salak
478 Gelbert Blvd
Daly City  CA  94015

George J  Britton
2416 W  Tennyson Road
No  237
Hayward  CA  94545

Gerald J  Bunch
1499 California Street
No  421
San Francisco  CA   94109

John Weathersby
85109 62nd Street
Sacramento  CA  95820

Kenneth Lorenzetti
436 Pearl Avenue
Monrovia  CA  91016

Mark Garcia
38 Castle Manor Avenue
San Francisco  CA  94112

Roe l  Roe 2  Roe 3
c/o Minami  Lew & Tamalei
360 Post Street  8th Floor
San Francisco  CA  94108

Sherri Ziesche
1338 Larkin Street
San Francisco  CA  94108

Terrell Butler
642 Page Street
San Jose  CA  95128

Little Darlings
of San Francisco  LLC
San Francisco  CA