Michael St. James, CSB No. 95653
ST. JAMES LAW, P.C.
155 Montgomery Street, Suite 1004
San Francisco, California 94104
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
ecf@stjames-law.com

Proposed Counsel for Debtor

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

BIJOU-MARKET, LLC

               Debtor

)
)
)
)
)
)

Case No. 06-30118 TC
Chapter 11

## APPLICATION FOR ORDER DESIGNATING RESPONSIBLE INDIVIDUAL

The Application of Bijou-Market, LLC, Debtor and Debtor-in-Possession, for an Order designating Joseph Carouba as its Responsible Individual respectfully represents as follows:

1. On February 28, 2006 Bijou-Market, LLC (the "Debtor") filed a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code.

2. The Debtor is a Nevada limited liability company. Its sole member is Little Darlings of San Francisco, LLC. The Managing Member of Little Darlings of San Francisco, LLC is Joseph Carouba.

Case: 06-30118   Doc# 3   Filed: 03/01/06   Entered: 03/01/06 11:28:25   Page 1 of 2

3. The Debtor is required to designate a responsible individual pursuant to Bankruptcy Local Rule 4002-1.

4. The Debtor believes that it would be appropriate and in the best interests of the estate to designate Mr. Carouba as the Debtor's Responsible Individual.

WHEREFORE, Applicant prays that the Court make and enter its Order designating Joseph Carouba as the Debtor's Responsible Individual.

Respectfully submitted,

BIJOU-MARKET, LLC

By    LITTLE DARLINGS OF SAN FRANCISCO, LLC
Its  Sole Member

DATED: 2-28-2006

By_____
Joseph Carouba, Managing Member

ST. JAMES LAW, P.C.

By_____
Michael St. James
Proposed Counsel for the Debtor in Possession

Case: 06-30118   Doc# 3   Filed: 03/01/06   Entered: 03/01/06 11:28:25   Page 2 of 2

APPLICATION TO DESIGNATE RESPONSIBLE INDIVIDUAL