Michael St. James, CSB No. 95653
ST. JAMES LAW, P.C.
155 Montgomery Street, Suite 1004
San Francisco, California 94104
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

Proposed Counsel for Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re
)   Case No. 06-30118 TC
)   Chapter 11
BIJOU-MARKET, LLC
)
)
Debtor )
)

## CERTIFICATE OF SERVICE

I, Michael St. James, declare as follows:

I am a citizen of the United States of America, over the age of 18 years and not a party to the within action. My business address is 155 Montgomery Street, Suite 1004, San Francisco, California.

On this date, I caused to be served the following:

**APPLICATION FOR ORDER DESIGNATING RESPONSIBLE INDIVIDUAL**

**[PROPOSED] ORDER AUTHORIZING EMPLOYMENT OF COUNSEL**

**APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF COUNSEL**

**DECLARATION OF PROPOSED COUNSEL**

**[PROPOSED] ORDER AUTHORIZING EMPLOYMENT OF COUNSEL**

**ATTACHMENTS TO BANKRUPTCY FILING DOCUMENTS**

I served the interested parties in this matter by placing a true and correct copy of the above-mentioned document in sealed envelopes with postage fully pre-paid, addressed to:

**Frank Cadigan, Esq.**
**United States Trustee**
**235 Pine Street, Suite 700**
**San Francisco, CA 94104**

Said envelope(s) were transmitted by delivery service for same day delivery.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of March, 2006, at San Francisco, California

_____/s/ *Michael St James*_____
Michael St. James

Case: 06-30118    Doc# 3-1    Filed: 03/01/06    Entered: 03/01/06 11:28:25    Page 2 of 2

CERTIFICATE OF SERVICE