Michael St. James, CSB No. 95653
ST. JAMES LAW, P.C.
155 Montgomery Street, Suite 1004
San Francisco, California 94104
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
ecf@stjames-law.com

Proposed Counsel for Debtor

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>BIJOU-MARKET, LLC<br><br>Debtor | Case No. 06-30118 TC<br>Chapter 11<br><br>DATE: March 3, 2006<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Thomas Carlson |

# MOTION FOR ORDER PROVISIONALLY CONFIRMING COMPLIANCE WITH SECTION 366

TO: THE HONORABLE THOMAS CARLSON
UNITED STATES BANKRUPTCY JUDGE

COMES NOW Bijou-Market, LLC, Debtor and Debtor-in-Possession, and moves the Court for an Order provisionally confirming its compliance with Section 366 of the Bankruptcy Code, as follows:

1. In the operation of its business, the Debtor uses electricity, gas, water, garbage, telephone, internet services, and/or other similar services ("Utility Services) provided by various companies (the "Utility Companies").

2. The Debtor requires the Utility Companies to continue uninterrupted Utility Services. Any interruption in Utility Services will cause irreparable harm to the Debtor's ability to operate its business.

3. The Debtor proposes forthwith to tender to the Utility Companies a post-petition deposit equivalent to one month's current average bill for Utility Service (the "Proposed Deposit"). To the extent that any Utility Company concludes that the Proposed Deposit is inadequate, the Debtor will attempt to negotiate a consensual deposit or, failing that, promptly submit the issue for adjudication by the Court.

4. Attached hereto as an Exhibit is a schedule identifying the Utility Companies and calculating the Proposed Deposit.

WHEREFORE, the Debtor prays that the Court enter an Order

1. Determining that, under the circumstances, parties in interest including the Utility Companies have received adequate notice and an opportunity to be heard;

2. Prohibiting the Utility Companies from altering, refusing, or disconnecting Utility Services on account of pre-petition invoices;

3. Provisionally deeming the Utility Companies to be adequately assured of future payment by the tender of the Proposed Deposit to each respective Utility Company, and provisionally determining that such form of assurance of payment is deemed satisfactory to the utility company;

4. Providing that if a Utility Company does request additional adequate assurance or modification of the amount of the Proposed Deposit, the Debtor may either provide such assurance as is mutually agreeable or, if the Debtor believes the request to be unreasonable, the Debtor shall file a

Motion for Determination of Adequate Assurance of Payment (the "Determination Motion") and set such motion for a prompt hearing (the "Determination Hearing") pursuant to § 366(c)(3);

5. Providing that, in the event a Determination Motion is filed or a Determination Hearing is scheduled, any objecting Utility Company shall be deemed to have received adequate assurance of payment under § 366 of the Bankruptcy Code without the need for payment of additional deposits or other securities until an Order of the Court is entered in connection with such Determination Motion or Determination Hearing;

6. Granting such other and further relief as may be just and proper.

Respectfully submitted,

DATED: March 1, 2006

ST. JAMES LAW, P.C.

By: /s/ *Michael St James* .
Michael St. James
Proposed Counsel for the Debtor

Case: 06-30118 Doc# 8 Filed: 03/01/06 Entered: 03/01/06 11:41:49 Page 3 of 3