# Bijou-Market, LLC
## Schedule of Utility Payments
## December 2005 through February 2006

| | December | January | February | 3-Month Total: | Average: |
|---|---|---|---|---|---|
| Pacific Gas and Electric | 4,917.22 | 1,167.83 | 8,815.56 | 14,900.61 | 4,966.87 |
| Golden Gate Disposal | 818.53 | 806.30 | 806.30 | 2,431.13 | 810.38 |
| Verizon Wireless | 108.04 | 112.16 | 113.37 | 333.57 | 111.19 |
| XO Communications | 502.50 | 430.64 | 476.96 | 1,410.10 | 470.03 |
| Sprint | 180.82 | | 156.00 | 336.82 | 168.41 |
| SBC | 489.43 | 166.24 | 97.05 | 752.72 | 250.91 |
| MCI Worldcom | | 7.59 | | 7.59 | 3.80 |
| S F Public Utilites Comm. | | 1,004.77 | 1,593.25 | 2,598.02 | 1,299.01 |
| | | | | | 8,080.59 |