# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# NORTHERN DIVISION
## Amended

In re *Bijou-Market, LLC,*
   *a limited liability company*
   *aka Market Street Cinema*
   *aka Bijou Market*
   *aka La Gals*

Case No. *06-30118*
Chapter *11*

/ Debtor

Attorney for Debtor: *Michael St. James*

## CERTIFICATION OF CREDITOR MATRIX

I hereby certify that the attached matrix includes the names and addresses of all creditors listed on the debtor's schedules.

Dated: _____

*/s/ Michael St. James*
Debtor's Attorney

1077 Market Street  LLC
P O  Box 2602
Seattle  WA  98111


Apartment Lease
60 Leavenworth  No  24
San Francisco  CA


Apex Locksmith
156 Goldmine Drive
San Francisco  CA  94131


Bank of America


Central Parking
P O  Box 175205
Baltimore  MD  21297-1506


City & County of San Francisco
Office of the Treasurer


Consolidated Bookkeeping
P O  Box 2602
Seattle  WA  96111


Consolidated Bookkeeping
& Management Services
P O  Box 2602
Seattle  WA  98111

Deja Vu Consulting  Inc
3800 Capital City Blvd
Lansing  MI  48906


Deja Vu/San Francisco  LLC
250 Columbus
Suite 207
San Francisco  CA  94133-4536


Dewey Pest Control
6300 3rd Street
San Francisco  CA  94124-3502


Dewey Pest Control
63000 3rd Street
San Francisco  CA  94124-3602


Dispensers Unlimited
146 Cumberland Way
Alameda  CA  94502-6455


Fair Market Properties
968 Market Street
Suite 800
San Francisco  CA  94102


Fair Market Properties  LLC
David P  Addington

FCA Artist/Sam Conti
Pier 29 1/2
San Francisco   CA   94111


Grainger
Dept  729-844735936
Palatine   IL   60038-0001


Habib Carouba
1147 Shoal Road
San Mateo   CA   94404


Habib Carouba
c/o Market Street Cinema
1077 Market Street
San Francisco   CA   94103


Jaidin Consulting Group   LLC
205 13th Street
San Francisco   CA   94103


Joseph Carouba
250 Columbus
Suite 207
San Francisco   CA   94133-4536


Lexus of Serramonte
700 Serramonte Blvd
Colma   CA   94014

Mazzy's Fire Protections Services
2551 W Winton Ave Suite 6-0
Hayward CA 94545


N A E F
c/o Modern Bookkeeping
P O Box 408
Durano MI 48429


Reed & Stillskin
875 Waller Street
Apt 2
San Francisco CA 94117


Roe 1 Roe 2 Roe 3
c/o Minami Lew & Tamaki
360 Post Street 8th Floor
San Francisco CA 94108


Roger Forbes
c/o Consolidated Bookkeeping
P O Box 2602
Seattle WA 98111


Roger H Forbes
1077 Market Street LLC
P O Box 2602
Seattle WA 98111

Sam Conti
c/o FCA Artists
Pier 29 1/2
San Francisco   CA   94111


Samuel J   Conti
Pier 29 1/2 at Embarcardero
San Francisco   CA   94111


San Francisco Chronicle
P O   Box 7268
San Francisco   CA   94120-7268


SBC
Payment Center
Sacramento   CA   95887-0001


Sequel Media com
985 Folsom Street
San Francisco   CA   94107


SFBSC Management   LLC
250 Columbus Avenue
Suite 207
San Francisco   CA   94133


Staples Business Advantage
Dept   LA 1368
P O   Box 83689
Chicago   IL   60696-3689

```
Transstel
2155 23rd AVenue
San Francisco  CA  94116
```

Ernesto Salak
478 Gelbert Blvd
Daly City  CA  94015


George J  Britton
2416 W  Tennyson Road
No  237
Hayward  CA  94545


Gerald J  Bunch
1499 California Street
No  421
San Francisco  CA  94109


John Weathersby
85109 62nd Street
Sacramento  CA  95820


Kenneth Lorenzetti
436 Pearl Avenue
Monrovia  CA  91016


Mark Garcia
38 Castle Manor Avenue
San Francisco  CA  94112


Roe 1  Roe 2  Roe 3
c/o Minami  Lew & Tamalei
360 Post Street  8th Floor
San Francisco  CA  94108

Sherri Ziesche
1338 Larkin Street
San Francisco  CA  94108


Terrell Butler
642 Page Street
San Jose  CA  95128

Little Darlings
of San Francisco  LLC
San Francisco  CA