In re:    **Bijou-Market, LLC**

Case No.   **06-30118**
Chapter    **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE:   ONLY INCLUDE information directly related to the business operation.)

| | | |
|---|---|---|
| PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS: | | |
| 1.  Gross Income For 12 Months Prior to Filing: | | $   4,273,189.00 |
| | | |
| PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME: | | |
| 2. Gross Monthly Income: | | $   320,000.00 |
| | | |
| PART C - ESTIMATED FUTURE MONTHLY EXPENSES: | | |
| 3. Net Employee Payroll (Other Than Debtor) | $   69,892.00 | |
| 4. Payroll Taxes | 10,767.00 | |
| 5. Unemployment Taxes | 0.00 | |
| 6. Worker's Compensation | 0.00 | |
| 7. Other Taxes | 0.00 | |
| 8. Inventory Purchases (Including raw materials) | 1,000.00 | |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0.00 | |
| 10. Rent (Other than debtor's principal residence) | 44,893.00 | |
| 11. Utilities | 9,185.00 | |
| 12. Office Expenses and Supplies | 6,157.00 | |
| 13. Repairs and Maintenance | 10,643.00 | |
| 14. Vehicle Expenses | 1,838.00 | |
| 15. Travel and Entertainment | 0.00 | |
| 16. Equipment Rental and Leases | 114.00 | |
| 17. Legal/Accounting/Other Professional Fees | 22,979.00 | |
| 18. Insurance | 16,729.00 | |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 0.00 | |
| | | |
| 20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify): | $   0.00 | |
| | 0.00 | |
| | 0.00 | |
| | | |
| 21. Other (Specify) | | |
|    **Adv. & promo** | $   30,791.00 | |
|    **Bank fees** | 1,000.00 | |
|    **See attachment for further expenditures** | 87,085.00 | |
| | | |
| 22. Total Monthly Expenses | | $   313,073.00 |
| | | |
| PART D - ESTIMATED AVERAGE NET MONTHLY INCOME: | | |
| | | |
| 23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2) | | $   6,927.00 |

Case: 06-30118    Doc# 33    Filed: 03/08/06    Entered: 03/08/06 15:25:44    Page 1 of 2

## Additional Expenses

| | | |
|---|---|---:|
| Dancers | $ | 25,352.00 |
| Outside Labor | $ | 2,000.00 |
| Feature Performers | $ | 8,808.00 |
| Management Fees | $ | 25,275.00 |
| Janitorial | $ | 7,000.00 |
| Licenses | $ | 17,042.00 |
| Miscellaneous | $ | 1,269.00 |
| Printing | $ | 339.00 |
| | | |
| | $ | 87,085.00 |