The Attachments to the
Declaration of Diana Webb Regarding Employee Mailing List
have been lodged in Chambers