Michael St. James, CSB No. 95653
ST. JAMES LAW, P.C.
155 Montgomery Street, Suite 1004
San Francisco, California 94104
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
ecf@stjames-law.com

Counsel for Debtor

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

BIJOU-MARKET, LLC

Debtor

Case No. 06-30118 TC
Chapter 11

DATE: June 19, 2006
TIME: 9:30 a.m.
JUDGE: Hon. Thomas Carlson

## DECLARATION OF DIANA WEBB IN SUPPORT OF MOTION TO ASSUME BOOKKEEPING CONTRACT

I, Diana Webb, declare under penalty of perjury:

1. I am the Controller of Consolidated Bookkeeping and am authorized to make this Declaration on its behalf with respect to the Motion of Bijou-Market, LLC (the "Debtor") to assume the Bookkeeping Contract with Consolidated Bookkeeping. I make this Declaration of my own personal knowledge, and if called as a witness, I could and would testify as follows.

2. Consolidated Bookkeeping performs all of its services for all of its customers on a monthly flat-fee basis, much the same as it performs services for the Debtor. While its contracts permit it to separately bill for special projects, presumably on an hourly rate basis, it has not received any payment from any customer for a specially billed special project in the past five years.

3. I have reviewed the Court's Guidelines respecting professional compensation. I believe that it would impose a major burden on Consolidated Bookkeeping to attempt to comply with those Guidelines because the approach contemplated by the Guidelines is foreign to the way Consolidated Bookkeeping does business. As noted, Consolidated Bookkeeping does not currently bill any clients on an hourly rate basis, and consequently does not have the infrastructure, nor do its employees have the habits, necessary to begin doing so for the Debtor.

4. There are no monetary or non-monetary defaults under the Bookkeeping Contract.

5. Consolidated Bookkeeping consents to the assumption of the Bookkeeping Contract. Consolidated Bookkeeping waives any provision of adequate assurances of future performance.

6. Consolidated Bookkeeping waives any rejection damages claim, in the event that the Bookkeeping Contract is hereafter rejected.

I declare under penalty of perjury according to the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed in Seattle, Washington on March 27, 2006.

_____
Diana Webb

WEBB DECLARATION IN SUPPORT
OF ASSUMPTION OF BOOKKEEPING CONTRACT

Case: 06-30118  Doc# 62  Filed: 05/19/06  Entered: 05/19/06 11:09:58  Page 2 of 2