| | |
|---|---|
| 1 | Michael St. James, CSB No. 95653 |
| | ST. JAMES LAW, P.C. |
| 2 | 155 Montgomery Street, Suite 1004 |
| | San Francisco, California 94104 |
| 3 | (415) 391-7566 Telephone |
| | (415) 391-7568 Facsimile |
| 4 | ecf@stjames-law.com |
| 5 | Counsel for Debtor |

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re ) Case No. 06-30118 TC
) Chapter 11
BIJOU-MARKET, LLC )
) DATE: June 19, 2006
  Debtor ) TIME: 9:30 a.m.
) JUDGE: Hon. Thomas Carlson

**SUPPLEMENTAL DECLARATION OF DIANA WEBB IN SUPPORT**

**OF MOTION TO ASSUME BOOKKEEPING CONTRACT**

I, Diana S. Webb, declare under penalty of perjury:

1. I am the Director of Accounting of Consolidated Bookkeeping and am authorized to make this Supplemental Declaration on its behalf with respect to the Motion of Bijou-Market, LLC (the "Debtor") to assume the Bookkeeping Contract with Consolidated Bookkeeping. I make this Declaration of my own personal knowledge, and if called as a witness, I could and would testify as follows.

2. After consulting with the Debtor and reviewing its Schedules of Assets and Liabilities and Statement of Financial Affairs, I have concluded that Consolidated Bookkeeping has no connections with the Debtor, creditors, or any other party in interest or their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as follows:

3. Consolidated Bookkeeping is 50% owned by Roger Forbes and 50% by a trust (the "Trust").

4. Substantially all of the clients of Consolidated Bookkeeping are entities in which Roger Forbes and the Trust (or the beneficiaries or affiliates of the Trust) hold equity interests. It is my understanding that Roger Forbes and the Trust (or the beneficiaries or affiliates of the Trust) each hold an indirect 25% equity interest in the Debtor. Many of those clients of Consolidated Bookkeeping are engaged in business as live adult theaters.

5. I understand that Roger Forbes initially signed the lease as the Debtor's landlord, and presently has an equity interest in the Debtor's current landlord, 1077 Market Street, LLC, with respect to the premises at 1077 Market Street leased at which the Debtor operates the Market Street Cinema.

6. In my opinion, after conducting a thorough review, I believe that Consolidated Bookkeeping has no other connections with the Debtor, creditors, or any other party in interest or their respective attorneys and accountants

I declare under penalty of perjury according to the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed in Seattle, Washington on June 13, 2006.

Diana S. Webb

SUPPLEMENTAL WEBB DECLARATION IN SUPPORT
OF ASSUMPTION OF BOOKKEEPING CONTRACT