# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: Bijou-Market, LLC

**Case No.** _____06-30118_____

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(GENERAL BUSINESS CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** ___Jun-06___      **PETITION DATE:** ___02/28/06___

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ☐ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in ___$1___

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $90,744 | $153,718 | |
| b. Total Assets | $435,271 | $549,982 | |
| c. Current Liabilities | $103,976 | $170,213 | |
| d. Total Liabilities | $242,047 | $289,363 | |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $519,172 | $541,601 | $1,895,195 |
| b. Total Disbursements | $553,395 | $513,297 | $1,886,277 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($34,223) | $28,304 | $8,918 |
| d. Cash Balance Beginning of Month | $33,703 | $5,399 | ($9,438) |
| e. Cash Balance End of Month (c + d) | ($520) | $33,703 | ($520) |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | ($69,860) | ($102,303) | ($262,344) |
| 5. **Account Receivables (Pre and Post Petition)** | $29,357 | $31,524 | |
| 6. **Post-Petition Liabilities** | $103,976 | $170,213 | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $54,076 | $61,541 | |

**At the end of this reporting month:**

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | X | |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | X | |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | X | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes __X__ ; U.S. Trustee Quarterly Fees __X__ ; Check if filing is current for: Post-petition tax reporting and tax returns: __X__ .
   (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: _____      _/s/ Joseph Carouba_
                                     Joseph Carouba

Revised 1/1/98

Question 8-Post Petition Payments Made

| Date: | Amount: | Payee: |
|---|---|---|
| 6/2/2006 | 5,000 | Mazzy's Fire Protection |
| 6/9/2006 | 5,000 | Mazzy's Fire Protection |
| 6/23/2006 | 5,000 | Mazzy's Fire Protection |
| 6/30/2006 | 5,000 | Mazzy's Fire Protection |

Question 9-Payments to Professionals

| Date: | Amount: | Payee: |
|---|---|---|
| 6/23/2006 | 2,900 | Consolidated Bookkeeping and Management Services, Inc. |
| 6/30/2006 | 2,900 | Consolidated Bookkeeping and Management Services, Inc. |

# STATEMENT OF OPERATIONS
## (General Business Case)
For the Month Ended _____ 06/30/06 _____

| | Current Month | | | | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|---|
| **Actual** | **Forecast** | **Variance** | | | | | |
| | | | | **Revenues:** | | | |
| $356,821 | $320,000 | $36,821 | 1 | Gross Sales | | $1,476,502 | $320,000 |
| | | $0 | 2 | less: Sales Returns & Allowances | | | |
| $356,821 | $320,000 | $36,821 | 3 | Net Sales | | $1,476,502 | $320,000 |
| $0 | $1,000 | $1,000 | 4 | less: Cost of Goods Sold (Schedule 'B') | | | $1,000 |
| $356,821 | $319,000 | $37,821 | 5 | Gross Profit | | $1,476,502 | $319,000 |
| $554 | | $554 | 6 | Interest | | $3,284 | |
| | | $0 | 7 | Other Income: | | | |
| $8,519 | | $8,519 | 8 | Miscellaneous Income | | $45,599 | |
| | | $0 | 9 | | | | |
| $365,894 | $319,000 | $46,894 | 10 | **Total Revenues** | | $1,525,385 | $319,000 |
| | | | | **Expenses:** | | | |
| | | $0 | 11 | Compensation to Owner(s)/Officer(s) | | | |
| $80,605 | $69,892 | ($10,713) | 12 | Salaries | | $322,433 | $69,892 |
| | | $0 | 13 | Commissions | | | |
| $169,660 | $178,000 | $8,340 | 14 | Contract Labor | | $705,352 | $178,000 |
| | | | | Rent/Lease: | | | |
| $114 | $114 | $0 | 15 | Personal Property | | $456 | $114 |
| $43,962 | $44,893 | $931 | 16 | Real Property | | $176,028 | $44,893 |
| $10,272 | $16,729 | $6,457 | 17 | Insurance | | $79,371 | $16,729 |
| $20,785 | $25,275 | $4,490 | 18 | Management Fees | | $76,970 | $25,275 |
| $3,915 | | ($3,915) | 19 | Depreciation | | $15,716 | |
| | | | | Taxes: | | | |
| $10,570 | $10,767 | $197 | 20 | Employer Payroll Taxes | | $35,618 | $10,767 |
| $2,550 | | ($2,550) | 21 | Real Property Taxes | | $10,200 | |
| | | $0 | 22 | Other Taxes | | $800 | |
| | | $0 | 23 | Other Selling | | $0 | |
| | | $0 | 24 | Other Administrative | | $1,450 | |
| | | $0 | 25 | Interest | | $5 | |
| $6,168 | | ($6,168) | 26 | Other Expenses: Employee Benefits | | $14,137 | |
| $11,994 | $9,185 | ($2,809) | 27 | Utilities | | $36,597 | $9,185 |
| $2,861 | $6,157 | $3,296 | 28 | Office Expense & Supplies | | $15,557 | $6,157 |
| $2,456 | $10,643 | $8,187 | 29 | Repair & Maint. | | $23,175 | $10,643 |
| $2,233 | $1,838 | ($395) | 30 | Vehicles | | $7,471 | $1,838 |
| $4,353 | $22,979 | $18,626 | 31 | Legal/Acctg/Other Professionals | | $79,191 | $22,979 |
| $23,539 | $30,791 | $7,252 | 32 | Advertising & Promotion | | $118,064 | $30,791 |
| ($629) | $1,000 | $1,629 | 33 | Bank Fees | | $1,535 | $1,000 |
| $40,346 | $28,707 | ($11,639) | 34 | See Attached | | $72,406 | $28,707 |
| $435,754 | $456,970 | $21,216 | 35 | **Total Expenses** | | $1,792,532 | $456,970 |
| ($69,860) | ($137,970) | $68,110 | 36 | **Subtotal** | | ($267,147) | ($137,970) |
| | | | | **Reorganization Items:** | | | |
| | | $0 | 37 | Professional Fees | | | |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | | | |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | | $8,553 | |
| | | $0 | 41 | U.S. Trustee Quarterly Fees | | ($3,750) | |
| | | $0 | 42 | | | | |
| $0 | $0 | $0 | 43 | **Total Reorganization Items** | | $4,803 | $0 |
| ($69,860) | ($137,970) | $68,110 | 44 | **Net Profit (Loss) Before Federal & State Taxes** | | ($262,344) | ($137,970) |
| | | $0 | 45 | Federal & State Income Taxes | | | |
| ($69,860) | ($137,970) | $68,110 | 46 | **Net Profit (Loss)** | | ($262,344) | ($137,970) |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

### Additional Expenses

| Actual | Forecast | Variance | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|
| | | **Current Month** | | | |
| **Actual** | **Forecast** | **Variance** | | **Cumulative (Case to Date)** | **Next Month Forecast** |
| 679 | | | Cash Shortage | 344 | |
| 6,700 | 7,000 | (300) | Janitorial | 27,337 | 7,000 |
| 0 | 0 | (17,042) | Licenses | 1,447 | 0 |
| 407 | 1,269 | (862) | Miscellaneous | 2,428 | 1,269 |
| 30,368 | | 30,368 | Theft Loss | 30,368 | |
| 2,192 | 3,396 | (1,204) | Printing | 10,482 | 3,396 |
| 40,346 | 11,665 | 28,681 | | 72,406 | 11,665 |

# BALANCE SHEET
## (General Business Case)
### For the Month Ended    06/30/06

**Assets**

|  |  | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $33,752 |
| 2 | Cash and cash equivalents - restricted | | |
| 3 | Accounts receivable (net) | A | $29,357 |
| 4 | Inventory | B | $5,205 |
| 5 | Prepaid expenses | | $22,430 |
| 6 | Professional retainers | | |
| 7 | Other: | | |
| 8 | | | |
| 9 | **Total Current Assets** | | $90,744 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $0 |
| 11 | Machinery and equipment | D | $13,233 |
| 12 | Furniture and fixtures | D | $27,699 |
| 13 | Office equipment | D | $0 |
| 14 | Leasehold improvements | D | $82,485 |
| 15 | Vehicles | D | $0 |
| 16 | Other: | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $123,417 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | |
| 23 | Loans to affiliates | | $72,275 |
| 24 | Deposits | | $21,214 |
| 25 | Organizational Cost/Goodwill (Net Of Amortization) | | $127,621 |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $221,110 |
| 29 | **Total Assets** | | $435,271 |

**NOTE:**

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# Liabilities and Equity
## (General Business Case)

**Liabilities From Schedules**

    **Post-Petition**

        **Current Liabilities**

| | | | |
|---|---|---|---|
| 30 | Salaries and wages | | $14,801 |
| 31 | Payroll taxes | | $10,093 |
| 32 | Real and personal property taxes | | |
| 33 | Income taxes | | |
| 34 | Sales taxes | | $4 |
| 35 | Notes payable (short term) | | |
| 36 | Accounts payable (trade) | A | $79,078 |
| 37 | Real property lease arrearage | | |
| 38 | Personal property lease arrearage | | |
| 39 | Accrued professional fees | | |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | |
| 41 | Other: | | |
| 42 | | | |
| 43 | | | |
| 44 | **Total Current Liabilities** | | $103,976 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 46 | **Total Post-Petition Liabilities** | | $103,976 |

        **Pre-Petition Liabilities (allowed amount)**

| | | | |
|---|---|---|---|
| 47 | Secured claims | F | $0 |
| 48 | Priority unsecured claims | F | $0 |
| 49 | General unsecured claims | F | $138,071 |
| 50 | **Total Pre-Petition Liabilities** | | $138,071 |
| 51 | **Total Liabilities** | | $242,047 |

**Equity (Deficit)**

| | | | |
|---|---|---|---|
| 52 | Retained Earnings/(Deficit) at time of filing | | $937,997 |
| 53 | Capital Stock | | |
| 54 | Additional paid-in capital | | |
| 55 | Cumulative profit/(loss) since filing of case | | ($262,344) |
| 56 | Post-petition contributions/(distributions) or (draws) | | |
| 57 | Rounding Errors | | $2 |
| 58 | Market value adjustment | | ($482,431) |
| 59 | **Total Equity (Deficit)** | | $193,224 |
| 60 | **Total Liabilities and Equity (Deficit)** | | $435,271 |

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET
## (General Business Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | $1,426 | $25,001 | |
| 31-60 Days | | $40,991 | |
| 61-90 Days | | $13,085 | $54,076 |
| 91+ Days | $27,931 | | |
| Total accounts receivable/payable | $29,357 | $79,078 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $29,357 | | |

### Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventor(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | Inventory Beginning of Month | 5205 |
| | | Add - | |
| Retail/Restaurants - | | Net purchase | |
|  Product for resale | $5,205 | Direct labor | |
| | | Manufacturing overhead | |
| Distribution - | | Freight in | |
|  Products for resale | | Other: | |
| | | | |
| Manufacturer - | | | |
|  Raw Materials | | | |
|  Work-in-progress | | Less - | |
|  Finished goods | | Inventory End of Month | $5,205 |
| | | Shrinkage | |
| Other - Explain | | Personal Use | |
| | | | |
| | | Cost of Goods Sold | $0 |
| TOTAL | $5,205 | | |

**Method of Inventory Control**

Do you have a functioning perpetual inventory system?

Yes _____ No __X__

How often do you take a complete physical inventory?

| | |
|---|---|
| Weekly | _____ |
| Monthly | _____ |
| Quarterly | _____ |
| Semi-annually | _____ |
| Annually | __X__ |

Date of last physical inventory was        12/31/2005 0:00

Date of next physical inventory is        12/31/2006 0:00

**Inventory Valuation Methods**

Indicate by a checkmark method of inventory used.

Valuation methods -

| | |
|---|---|
|  FIFO cost | X |
|  LIFO cost | __ |
|  Lower of cost or market | __ |
|  Retail method | __ |
|  Other | __ |
|   Explain | |

Revised 1/1/98

**Schedule C**
**Real Property**

| Description | Cost | Market Value |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |

**Schedule D**
**Other Depreciable Assets**

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | $88,221 | $13,233 |
| | | |
| | | |
| Total | $88,221 | $13,233 |
| Furniture & Fixtures - | $184,660 | $27,699 |
| | | |
| | | |
| Total | $184,660 | $27,699 |
| Office Equipment - | | |
| | | |
| Total | $0 | $0 |
| Leasehold Improvements - | $824,849 | $82,485 |
| | | |
| | | |
| Total | $824,849 | $82,485 |
| Vehicles - | $3,000 | $0 |
| | | |
| | | |
| Total | $3,000 | $0 |

Revised 1/1/98

## Schedule E
## Aging of Post-Petition Taxes
## (As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | $2,828 | | | | $2,828 |
| FICA - Employee | $2,493 | | | | $2,493 |
| FICA - Employer | $2,493 | | | | $2,493 |
| Unemployment (FUTA) | $1,176 | | | | $1,176 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $8,990 | $0 | $0 | $0 | $8,990 |
| **State and Local** | | | | | |
| Income Tax Withholding | $404 | | | | $404 |
| Unemployment (UT) | $428 | | | | $428 |
| Disability Insurance (DI) | $261 | | | | $261 |
| Empl. Training Tax (ETT) | $10 | | | | $10 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $1,103 | $0 | $0 | $0 | $1,103 |
| **Total Taxes** | $10,093 | $0 | $0 | $0 | $10,093 |

## Schedule F
## Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims  (a) | | |
| Priority claims other than taxes | | |
| Priority tax claims | | |
| General unsecured claims | $138,071 | $138,071 |

(a)   List total amount of claims even it under secured.

(b)   Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
## Rental Income Information
## Not applicable to General Business Cases

## Schedule H
## Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | Bank of America | Bank of America | 1st Nat'l Bk of N Cal | |
| Account Type | Checking | Checking | ATM | |
| Account No. | 3755532325 | 69027118 | 1020307 | |
| Account Purpose | Operations | Operations | ATM | |
| Balance, End of Month | $24,470 | ($24,991) | $6,294 | |
| Total Funds on Hand for all Accounts | $5,773 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Case: 06-30118   Doc# 85   Filed: 08/15/06   Entered: 08/15/06 09:51:26   Page 9 of 12

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended __06/30/06__

| | | Actual<br>Current Month | Cumulative<br>(Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | $430,455 | $1,617,726 |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Notes Receivable | $50,842 | $115,842 |
| 8 | Voided/Reissued checks due to bank account changes | $12,875 | $20,730 |
| 9 | Transfer from bank accounts | $25,000 | $140,897 |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $519,172 | $1,895,195 |
| **Cash Disbursements** | | | |
| 13 | Payments for Inventory | | |
| 14 | Selling | $104,188 | $242,927 |
| 15 | Administrative | $107,628 | $338,691 |
| 16 | Capital Expenditures | | |
| 17 | Principal Payments on Debt | | |
| 18 | Interest Paid | | |
| | Rent/Lease: | | |
| 19 | Personal Property | | |
| 20 | Real Property | $56,837 | $192,502 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 21 | Salaries | | |
| 22 | Draws | | |
| 23 | Commissions/Royalties | | |
| 24 | Expense Reimbursements | | $7,240 |
| 25 | Other | | $305 |
| 26 | Salaries/Commissions (less employee withholding) | $244,452 | $950,547 |
| 27 | Management Fees | $15,200 | $15,200 |
| | Taxes: | | |
| 28 | Employee Withholding | $14,093 | $57,024 |
| 29 | Employer Payroll Taxes | $7,296 | $33,711 |
| 30 | Real Property Taxes | | $13,795 |
| 31 | Other Taxes | | $800 |
| 32 | Other Cash Outflows: | | ($3) |
| 33 | Employee Garnishments | $3,803 | $8,211 |
| 34 | Refund of Agency Fees (CT Corp) | | ($160) |
| 35 | Misc. Items | | ($640) |
| 36 | Check Fees | | $146 |
| 37 | Bank Account Transfers/Corrections | ($102) | $25,981 |
| 38 | **Total Cash Disbursements:** | $553,395 | $1,886,277 |
| 39 | **Net Increase (Decrease) in Cash** | ($34,223) | $8,918 |
| 40 | **Cash Balance, Beginning of Period** | $33,703 | ($9,438) |
| 41 | **Cash Balance, End of Period** | ($520) | ($520) |

Revised 1/1/98

**(Optional) Increase/(Decrease) in Cash and Cash Equivalents**
**For the Month Ended**   06/30/05

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from Sales | $430,455 | $1,617,726 |
| 2 | Rent/Leases Collected | | |
| 3 | Interest Received | | |
| 4 | Cash Paid to Suppliers | $57,317 | $126,216 |
| 5 | Cash Paid for Selling Expenses | $46,871 | $626,876 |
| 6 | Cash Paid for Administrative Expenses | $122,828 | $350,141 |
| | Cash Paid for Rents/Leases: | | |
| 7 | Personal Property | | |
| 8 | Real Property | $56,837 | $192,502 |
| 9 | Cash Paid for Interest | | |
| 10 | Cash Paid for Net Payroll and Benefits | $244,452 | $440,383 |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 | Salaries | | |
| 12 | Draws | | |
| 13 | Commissions/Royalties | | $7,240 |
| 14 | Expense Reimbursements | | $305 |
| 15 | Other | | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 | Employer Payroll Tax | $7,296 | $33,711 |
| 17 | Employee Withholdings | $14,093 | $57,024 |
| 18 | Real Property Taxes | | $13,795 |
| 19 | Other Taxes | | $800 |
| 20 | Cash Paid for General Expenses | | |
| 21 | Employee Garnishments | $3,803 | $8,211 |
| 22 | Refund of Agency Fees | | ($160) |
| 23 | Misc. Items | ($12,977) | ($16,729) |
| 24 | Rounding Errors | | ($4) |
| 25 | Check Fees | | $146 |
| 26 | Tranfer from ATM Bank Account | ($25,000) | ($125,000) |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | ($85,065) | ($97,731) |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| 30 | U.S. Trustee Quarterly Fees | | $3,750 |
| 31 | Net Effect of Bank Account Changeover | | $5,443 |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | $0 | ($9,193) |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | ($85,065) | ($106,924) |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | | | |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | | |
| 42 | Received on Notes Receivable | ($50,842) | ($115,842) |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $50,842 | $115,842 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | ($34,223) | $8,918 |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | $33,703 | ($9,438) |
| 46 | **Cash and Cash Equivalents at End of Month** | ($520) | ($520) |

Revised 1/1/98

| Payee: | Check Amt: | Rent | Rent-PP | Payroll Taxes | EE Garn | Suppliers | Selling Ex. | Admin Exp | Loan to Aff | Misc | Partner | Other Taxes | EE Benefit | Payroll | RET | Check Fig |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1077 Market St. LLC | 31,086.54 | 31,086.54 | | | | | | | | | | | | | | 0.00 |
| 941 Deposits | 18,329.05 | | | 18,329.05 | | | | | | | | | | | | 0.00 |
| ADT Security Services | 226.70 | | | | | 226.70 | | | | | | | | | | 0.00 |
| Alameda County | 461.54 | | | | 461.54 | | | | | | | | | | | 0.00 |
| AT&T | 244.96 | | | | | | 244.96 | | | | | | | | | 0.00 |
| ATM Fee Adjustment | 175.80 | | | | | | | 175.80 | | | | | | | | 0.00 |
| Bank Fees-Stop Pymt | 60.00 | | | | | | | 60.00 | | | | | | | | 0.00 |
| Bank Fees-Service | 32.30 | | | | | | | 32.30 | | | | | | | | 0.00 |
| Bunch, Westley | 439.44 | | | | | | | | | | | | | 439.44 | | 0.00 |
| Butler, Terrell | 59.51 | | | | | | | | | | | | | 59.51 | | 0.00 |
| Central Parking | 1,280.00 | | | | | | | 1,280.00 | | | | | | | | 0.00 |
| Clean Source | 1,525.54 | | | | | 1,525.54 | | | | | | | | | | 0.00 |
| Commercial Building Services | 6,700.00 | | | | | 6,700.00 | | | | | | | | | | 0.00 |
| Compupay | 283.45 | | | | | | | 283.45 | | | | | | | | 0.00 |
| Consolidated Bookkeeping | 5,800.00 | | | | | | | 5,800.00 | | | | | | | | 0.00 |
| Copy Edge | 4,218.52 | | | | | 4,218.52 | | | | | | | | | | 0.00 |
| Dispenser Unlimited | 113.93 | | | | | 113.93 | | | | | | | | | | 0.00 |
| EDD Payments | 3,059.72 | | | 3,059.72 | | | | | | | | | | | | 0.00 |
| Entertainment System | 84.71 | | | | | 84.71 | | | | | | | | | | 0.00 |
| Fair Maket Property | 25,750.00 | 25,750.00 | | | | | | | | | | | | | | 0.00 |
| Fastsigns SF | 287.07 | | | | | 287.07 | | | | | | | | | | 0.00 |
| Golden Gate Disposal | 806.30 | | | | | 806.30 | | | | | | | | | | 0.00 |
| Hilton | 992.24 | | | | | | 992.24 | | | | | | | | | 0.00 |
| International Fire | 168.00 | | | | | 168.00 | | | | | | | | | | 0.00 |
| Laying, Thomas | 28.84 | | | | | | | | | | | | | 28.84 | | 0.00 |
| Mazzy's Fire Protection | 20,000.00 | | | | | 20,000.00 | | | | | | | | | | 0.00 |
| McNeil, Jason | 625.17 | | | | | | | | | | | | | 625.17 | | 0.00 |
| Miller, Melissa | 250.00 | | | | | | 250.00 | | | | | | | | | 0.00 |
| Missing Deposits | 30,368.00 | | | | | | 30,368.00 | | | | | | | | | 0.00 |
| Mitchel, Vincent | 436.99 | | | | | | | | | | | | | 436.99 | | 0.00 |
| N.A.E.F. | 5,321.40 | | | | | | | 5,321.40 | | | | | | | | 0.00 |
| Orkin Pest Control | 67.49 | | | | | 67.49 | | | | | | | | | | 0.00 |
| PG&E | 6,328.78 | | | | | 6,328.78 | | | | | | | | | | 0.00 |
| Pacific Mobile Lock | 178.56 | | | | | 178.56 | | | | | | | | | | 0.00 |
| Quality Construction | 5,600.00 | | | | | 5,600.00 | | | | | | | | | | 0.00 |
| Raid Bdier | 3,383.98 | | | | | 3,383.98 | | | | | | | | | | 0.00 |
| Reed & Stillskin | 2,000.00 | | | | | | | 2,000.00 | | | | | | | | 0.00 |
| Roaring 20.s-EE loaned | 72.00 | | | | | | | | | | | | | 72.00 | | 0.00 |
| Safeco Electric Supply | 1,385.20 | | | | | 1,385.20 | | | | | | | | | | 0.00 |
| San Francisco Chronicle | 9,158.05 | | | | | | 9,158.05 | | | | | | | | | 0.00 |
| San Francisco Family | 956.30 | | | | 956.30 | | | | | | | | | | | 0.00 |
| San Joaquin | 562.18 | | | | 562.18 | | | | | | | | | | | 0.00 |
| San Mateo County | 56.18 | | | | 56.18 | | | | | | | | | | | 0.00 |
| Sequel Media.Com | 1,766.67 | | | | 1,766.67 | | | | | | | | | | | 0.00 |
| SF Weekly | 425.00 | | | | | | 425.00 | | | | | | | | | 0.00 |
| SFBSC Management | 23,857.92 | | | | | | | 15,200.00 | | | | | | 8,657.92 | | | 0.00 |
| Shindel Rock & Assoc | 480.00 | | | | | | | 480.00 | | | | | | | | 0.00 |
| Sprint | 83.59 | | | | | 83.59 | | | | | | | | | | 0.00 |
| The Continental Age | 630.00 | | | | | 630.00 | | | | | | | | | | 0.00 |
| Tina Saari | 2,230.00 | | | | | | 2,230.00 | | | | | | | | | 0.00 |
| Transtel | 115.00 | | | | | 115.00 | | | | | | | | | | 0.00 |
| Tufts, William | 319.74 | | | | | | | | | | | | | 319.74 | | 0.00 |
| Video Simplex | 1,559.32 | | | | | 1,559.32 | | | | | | | | | | 0.00 |
| World Journal | 2,324.04 | | | | | | 2,324.04 | | | | | | | | | 0.00 |
| XO Communications | 471.50 | | | | | 471.50 | | | | | | | | | | 0.00 |
| Check Disbursements | 223,227.22 | 56,836.54 | 0.00 | 21,388.77 | 3,802.87 | 56,683.23 | 43,243.25 | 30,632.95 | 0.00 | 0.00 | 0.00 | 0.00 | 8,657.92 | 1,981.69 | 0.00 | 0.00 |
| Cash Paid Out-MSC | 213,067.86 | | | | | 624.69 | 120,369.03 | 90,506.00 | | | | | (0.37) | 1,568.51 | | 0.00 |
| Cash Paid Out-LaGals | 37,849.74 | | | | | 9.00 | 35,325.13 | 1,689.00 | | | | | | 826.61 | | 0.00 |
| | 474,144.82 | 56,836.54 | 0.00 | 21,388.77 | 3,802.87 | 57,316.92 | 198,937.41 | 122,827.95 | 0.00 | 0.00 | 0.00 | 0.00 | 8,657.55 | 4,376.81 | 0.00 | |

Case: 06-30118   Doc# 85   Filed: 08/15/06   Entered: 08/15/06 09:51:26   Page 12 of 12