# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re: Bijou-Market, LLC

**Case No.** 06-30118

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(GENERAL BUSINESS CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** Aug-06     **PETITION DATE:** 02/28/06

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ☐ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in   $1

| 2. **Asset and Liability Structure** | **End of Current Month** | **End of Prior Month** | **As of Petition Filing** |
|---|---|---|---|
| a. Current Assets | $80,623 | $102,312 | |
| b. Total Assets | $367,376 | $415,284 | |
| c. Current Liabilities | $191,533 | $201,392 | |
| d. Total Liabilities | $299,780 | $305,339 | |

| 3. **Statement of Cash Receipts & Disbursements for Month** | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|
| a. Total Receipts | $367,353 | $442,736 | $2,705,284 |
| b. Total Disbursements | $371,533 | $442,624 | $2,700,434 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($4,180) | $112 | $4,850 |
| d. Cash Balance Beginning of Month | ($408) | ($520) | ($9,438) |
| e. Cash Balance End of Month (c + d) | ($4,588) | ($408) | ($4,588) |

| | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | ($44,810) | ($44,822) | |
| 5. **Account Receivables (Pre and Post Petition)** | $28,049 | $30,037 | |
| 6. **Post-Petition Liabilities** | $191,533 | $201,392 | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $112,020 | $74,023 | |

**At the end of this reporting month:**

| | | **Yes** | **No** |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | X | |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | X | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | X | |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | X | |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes  X ;    U.S. Trustee Quarterly Fees  X ; Check if filing is current for: Post-petition tax reporting and tax returns:  X .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: _____      /s/ *Joseph Carouba*
                      Joseph Carouba

Revised 1/1/98

Question 9-Payments to Professionals

| | | |
|---|---|---|
| 8/18/2006 | 2,500 | Consolidated Bookkeeping |
| 8/18/2006 | 2,000 | Edith S. Thomas |
| 8/25/2006 | 2,000 | Edith S. Thomas |
| 8/18/2006 | 1,000 | John Espedal |
| 8/25/2006 | 1,000 | John Espedal |

Question 11-Payment to Shareholders

| | | |
|---|---|---|
| 8/4/2006 | 2,312 | Samuel Conti-Consulting per Contract |
| 8/11/2006 | 4,624 | Samuel Conti-Consulting per Contract |
| 8/18/2006 | 2,312 | Samuel Conti-Consulting per Contract |
| 8/25/2006 | 2,312 | Samuel Conti-Consulting per Contract |
| 8/4/2006 | 305 | FCA Artist/Sam Conti-Expense reimbursement |
| 8/25/2006 | 590 | Joseph Carouba-Expense reimbursement |

# STATEMENT OF OPERATIONS
## (General Business Case)
For the Month Ended _____ 08/31/06 _____

| Current Month | | | | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|
| **Actual** | **Forecast** | **Variance** | | **Revenues:** | | |
| $283,510 | $320,000 | ($36,490) | 1 | Gross Sales | $2,086,129 | $320,000 |
| | | $0 | 2 | less: Sales Returns & Allowances | | |
| $283,510 | $320,000 | ($36,490) | 3 | Net Sales | $2,086,129 | $320,000 |
| $0 | $1,000 | $1,000 | 4 | less: Cost of Goods Sold (Schedule 'B') | | $1,000 |
| $283,510 | $319,000 | ($35,490) | 5 | Gross Profit | $2,086,129 | $319,000 |
| $237 | | $237 | 6 | Interest | $3,869 | |
| | | $0 | 7 | Other Income: | | |
| $15,947 | | $15,947 | 8 | Miscellaneous Income | $66,423 | |
| | | $0 | 9 | | | |
| $299,694 | $319,000 | ($19,306) | 10 | **Total Revenues** | $2,156,421 | $319,000 |
| | | | | **Expenses:** | | |
| | | $0 | 11 | Compensation to Owner(s)/Officer(s) | | |
| $55,862 | $69,892 | $14,030 | 12 | Salaries | $451,865 | $69,892 |
| | | $0 | 13 | Commissions | | |
| $128,943 | $178,000 | $49,057 | 14 | Contract Labor | $970,018 | $178,000 |
| | | | | Rent/Lease: | | |
| | $114 | $114 | 15 | Personal Property | $570 | $114 |
| $44,944 | $44,893 | ($51) | 16 | Real Property | $265,916 | $44,893 |
| $8,059 | $16,729 | $8,670 | 17 | Insurance | $96,895 | $16,729 |
| $20,800 | $25,275 | $4,475 | 18 | Management Fees | $118,570 | $25,275 |
| $2,465 | | ($2,465) | 19 | Depreciation | $20,645 | |
| | | | | Taxes: | | |
| $5,421 | $10,767 | $5,346 | 20 | Employer Payroll Taxes | $47,132 | $10,767 |
| $3,160 | | ($3,160) | 21 | Real Property Taxes | $16,520 | |
| | | $0 | 22 | Other Taxes | $7,215 | |
| | | $0 | 23 | Other Selling | | |
| | | $0 | 24 | Other Administrative | $1,450 | |
| | | $0 | 25 | Interest | $5 | |
| $1,620 | | ($1,620) | 26 | Other Expenses: Employee Benefits | $17,669 | |
| $10,345 | $9,185 | ($1,160) | 27 | Utilities | $53,090 | $9,185 |
| $3,537 | $6,157 | $2,620 | 28 | Office Expense & Supplies | $23,292 | $6,157 |
| $4,296 | $10,643 | $6,347 | 29 | Repair & Maint | $33,384 | $10,643 |
| $1,213 | $1,838 | $625 | 30 | Vehicles | $10,739 | $1,838 |
| $13,116 | $22,979 | $9,863 | 31 | Legal/Acctg/Other Professionals | $101,540 | $22,979 |
| $17,802 | $30,791 | $12,989 | 32 | Advertising & Promotions | $153,181 | $30,791 |
| $30 | $1,000 | $970 | 33 | Bank Fees | $1,605 | $1,000 |
| $22,891 | $28,707 | $5,816 | 34 | See Attached | $116,899 | $28,707 |
| $344,504 | $456,970 | $112,466 | 35 | **Total Expenses** | $2,508,200 | $456,970 |
| ($44,810) | ($137,970) | $93,160 | 36 | **Subtotal** | ($351,779) | ($137,970) |
| | | | | **Reorganization Items:** | | |
| | | $0 | 37 | Professional Fees | | |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | | |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | $8,553 | |
| | | $0 | 41 | U.S. Trustee Quarterly Fees | ($8,750) | |
| | | $0 | 42 | | | |
| $0 | $0 | $0 | 43 | **Total Reorganization Items** | ($197) | $0 |
| ($44,810) | ($137,970) | $93,160 | 44 | **Net Profit (Loss) Before Federal & State Taxes** | ($351,976) | ($137,970) |
| | | $0 | 45 | Federal & State Income Taxes | | |
| ($44,810) | ($137,970) | $93,160 | 46 | **Net Profit (Loss)** | ($351,976) | ($137,970) |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

Additional Expenses

| Current Month | | | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|
| **Actual** | **Forecast** | **Variance** | | | |
| 150 | | | Cash Shortage | 9,332 | |
| 4,190 | 7,000 | (2,810) | Janitorial | 38,381 | 7,000 |
| 935 | 0 | (17,042) | Licenses | 2,517 | 0 |
| 9,310 | 1,269 | 8,041 | Miscellaneous | 15,777 | 1,269 |
| 570 | | 570 | Theft Loss | 30,938 | |
| 7,736 | 3,396 | 4,340 | Printing | 19,954 | 3,396 |
| 22,891 | 11,665 | 11,226 | | 116,899 | 11,665 |

# BALANCE SHEET
## (General Business Case)
### For the Month Ended    08/31/06

**Assets**

| | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $12,190 |
| 2 | Cash and cash equivalents - restricted | | |
| 3 | Accounts receivable (net) | A | $28,049 |
| 4 | Inventory | B | $5,205 |
| 5 | Prepaid expenses | | $35,179 |
| 6 | Professional retainers | | |
| 7 | Other: | | |
| 8 | | | |
| 9 | **Total Current Assets** | | $80,623 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $0 |
| 11 | Machinery and equipment | D | $13,233 |
| 12 | Furniture and fixtures | D | $27,699 |
| 13 | Office equipment | D | $0 |
| 14 | Leasehold improvements | D | $87,032 |
| 15 | Vehicles | D | $0 |
| 16 | Other: | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $127,964 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | |
| 23 | Loans to affiliates | | $12,855 |
| 24 | Organization Costs/Goodwill/Deposits (Net of Amortiaztion) | | $145,934 |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $158,789 |
| 29 | **Total Assets** | | $367,376 |

**NOTE:**

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# Liabilities and Equity
## (General Business Case)

**Liabilities From Schedules**

    **Post-Petition**

        **Current Liabilities**

| | | | |
|---|---|---|---:|
| 30 | Salaries and wages | | $18,535 |
| 31 | Payroll taxes | | $291 |
| 32 | Real and personal property taxes | | |
| 33 | Income taxes | | |
| 34 | Sales taxes | | $22 |
| 35 | Notes payable (short term) | | |
| 36 | Accounts payable (trade) | A | $172,685 |
| 37 | Real property lease arrearage | | |
| 38 | Personal property lease arrearage | | |
| 39 | Accrued professional fees | | |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | |
| 41 | Other: | | |
| 42 | | | |
| 43 | | | |
| 44 | **Total Current Liabilities** | | $191,533 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 46 | **Total Post-Petition Liabilities** | | $191,533 |

        **Pre-Petition Liabilities (allowed amount)**

| | | | |
|---|---|---|---:|
| 47 | Secured claims | F | $0 |
| 48 | Priority unsecured claims | F | $0 |
| 49 | General unsecured claims | F | $108,247 |
| 50 | **Total Pre-Petition Liabilities** | | $108,247 |
| 51 | **Total Liabilities** | | $299,780 |

**Equity (Deficit)**

| | | | |
|---|---|---|---:|
| 52 | Retained Earnings/(Deficit) at time of filing | | $937,997 |
| 53 | Capital Stock | | |
| 54 | Additional paid-in capital | | |
| 55 | Cumulative profit/(loss) since filing of case | | ($351,976) |
| 56 | Post-petition contributions/(distributions) or (draws) | | |
| 57 | | | |
| 58 | Market value adjustment | | ($518,425) |
| 59 | **Total Equity (Deficit)** | | $67,596 |
| 60 | **Total Liabilities and Equity (Deficit)** | ($0) | $367,376 |

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET
## (General Business Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | $118 | $60,665 | |
| 31-60 Days | | $59,996 | |
| 61-90 Days | | $3,713 | $112,020 |
| 91+ Days | $27,931 | $48,312 | |
| Total accounts receivable/payable | $28,049 | $172,685 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $28,049 | | |

### Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | **Inventory Beginning of Month** | |
| | | Add - | 5205 |
| Retail/Restaurants - | | Net purchase | |
| Product for resale | $5,205 | Direct labor | |
| | | Manufacturing overhead | |
| Distribution - | | Freight in | |
| Products for resale | | Other: | |
| | | | |
| Manufacturer - | | | |
| Raw Materials | | | |
| Work-in-progress | | Less - | |
| Finished goods | | Inventory End of Month | $5,205 |
| | | Shrinkage | |
| Other - Explain | | Personal Use | |
| | | | |
| | | Cost of Goods Sold | $0 |
| TOTAL | $5,205 | | |

**Method of Inventory Control**

Do you have a functioning perpetual inventory system?

    Yes _____ No _X_

How often do you take a complete physical inventory?

| | |
|---|---|
| Weekly | _____ |
| Monthly | _____ |
| Quarterly | _____ |
| Semi-annually | _____ |
| Annually | _X_ |

Date of last physical inventory was     12/31/2005 0:00

                                       12/31/2006

Date of next physical inventory is

**Inventory Valuation Methods**

Indicate by a checkmark method of inventory used.

Valuation methods -

| | |
|---|---|
| FIFO cost | X |
| LIFO cost | __ |
| Lower of cost or market | __ |
| Retail method | __ |
| Other | __ |
| Explain | |

Revised 1/1/98

**Schedule C**
**Real Property**

| Description | Cost | Market Value |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |

**Schedule D**
**Other Depreciable Assets**

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | $88,221 | $13,233 |
| | | |
| | | |
| Total | $88,221 | $13,233 |
| Furniture & Fixtures - | $184,660 | $27,699 |
| | | |
| | | |
| Total | $184,660 | $27,699 |
| Office Equipment - | | |
| | | |
| Total | $0 | $0 |
| Leasehold Improvements - | $870,318 | $87,032 |
| | | |
| | | |
| Total | $870,318 | $87,032 |
| Vehicles - | $3,000 | $0 |
| | | |
| | | |
| Total | $3,000 | $0 |

Revised 1/1/98

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | $291 | | | | $291 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $291 | $0 | $0 | $0 | $291 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | $22 | | | | $22 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $22 | $0 | $0 | $0 | $22 |
| **Total Taxes** | $313 | $0 | $0 | $0 | $313 |

**Schedule F**
**Pre-Petition Liabilities**

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims  (a) | | |
| Priority claims other than taxes | | |
| Priority tax claims | | |
| General unsecured claims | $108,247 | $108,247 |

(a)   List total amount of claims even it under secured.

(b)   Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

**Schedule G**
**Rental Income Information**
**Not applicable to General Business Cases**

**Schedule H**
**Recapitulation of Funds Held at End of Month**

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | Bank of America | Bank of America | | |
| Account Type | Checking | Checking | | |
| Account No. | 3755532325 | 69027118 | | |
| Account Purpose | Operations | Operations | | |
| Balance, End of Month | $19,370 | ($23,958) | | |
| Total Funds on Hand for all Accounts | ($4,588) | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended __08/31/06__

| | | Actual<br>Current Month | Cumulative<br>(Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | $335,680 | $2,354,776 |
| 3 | Interest Received | $5 | $5 |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Notes Receivable | $25,000 | $175,842 |
| 8 | Voided/Reissued Checks | | $20,802 |
| 9 | Transfer from bank accounts/closing Cash on Hand Balances | $5,500 | $152,691 |
| 10 | Misc. refunds/deposits | $1,167 | $1,167 |
| 11 | | | |
| 12 | **Total Cash Receipts** | $367,353 | $2,705,284 |
| **Cash Disbursements** | | | |
| 13 | Payments for Inventory | | |
| 14 | Selling | $162,678 | $418,884 |
| 15 | Administrative | $76,502 | $551,240 |
| 16 | Capital Expenditures | | |
| 17 | Principal Payments on Debt | | |
| 18 | Interest Paid | | |
| | Rent/Lease: | | |
| 19 | Personal Property | | |
| 20 | Real Property | $32,069 | $269,515 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 21 | Salaries | | |
| 22 | Draws | | |
| 23 | Commissions/Royalties | $11,559 | $16,487 |
| 24 | Expense Reimbursements | $895 | $8,135 |
| 25 | Other | | $305 |
| 26 | Salaries/Commissions (less employee withholding) | $43,059 | $1,177,074 |
| 27 | Management Fees | $15,600 | $55,400 |
| | Taxes: | | |
| 28 | Employee Withholding | $17,506 | $103,032 |
| 29 | Employer Payroll Taxes | | $33,711 |
| 30 | Real Property Taxes | | $13,795 |
| 31 | Other Taxes | $10,330 | $17,545 |
| 32 | Other Cash Outflows: | | ($3) |
| 33 | Employee Garnishments | $1,336 | $10,844 |
| 34 | Refund of Agency Fees (CT Corp) | | ($160) |
| 35 | Misc. Items | | ($1,497) |
| 36 | Check Fees | | $146 |
| 37 | Bank Account Transfers/Corrections | | $25,981 |
| 38 | **Total Cash Disbursements:** | $371,533 | $2,700,434 |
| 39 | **Net Increase (Decrease) in Cash** | ($4,180) | $4,850 |
| 40 | **Cash Balance, Beginning of Period** | ($408) | ($9,438) |
| 41 | **Cash Balance, End of Period** | ($4,588) | ($4,588) |

Revised 1/1/98

| | | Actual<br>Current Month | Cumulative<br>(Case to Date) |
|---|---|---|---|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from Sales | $335,681 | $2,354,777 |
| 2 | Rent/Leases Collected | | |
| 3 | Interest Received | $5 | $5 |
| 4 | Cash Paid to Suppliers | $25,889 | $189,705 |
| 5 | Cash Paid for Selling Expenses | $136,788 | $776,943 |
| 6 | Cash Paid for Administrative Expenses | $92,102 | $560,290 |
| | Cash Paid for Rents/Leases: | | |
| 7 | Personal Property | | |
| 8 | Real Property | $32,069 | $269,515 |
| 9 | Cash Paid for Interest | | $0 |
| 10 | Cash Paid for Net Payroll and Benefits | $43,059 | $666,910 |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 | Salaries | | |
| 12 | Draws | | |
| 13 | Commissions/Royalties | $11,559 | $23,727 |
| 14 | Expense Reimbursements | $895 | $1,200 |
| 15 | Other | | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 | Employer Payroll Tax | $5,271 | $67,484 |
| 17 | Employee Withholdings | $12,235 | $69,259 |
| 18 | Real Property Taxes | | $13,795 |
| 19 | Other Taxes | $10,330 | $17,545 |
| 20 | Cash Paid for General Expenses | | |
| 21 | Employee Garnishments | $1,336 | $10,844 |
| 22 | Refund of Agency Fees | | ($160) |
| 23 | Misc. Items | ($1,167) | ($18,753) |
| 24 | Rounding Errors | | ($75) |
| 25 | Check Fees | | $146 |
| 26 | Transfer from ATM Bank Account/Closing Cash on Hand Accounts | ($5,500) | ($136,794) |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | ($29,180) | ($156,799) |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| 30 | U.S. Trustee Quarterly Fees | | $8,750 |
| 31 | Net Effect Of Bank Account Changeover | | $5,443 |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | $0 | ($14,193) |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | ($29,180) | ($170,992) |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | | | |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | | |
| 42 | Received on Notes Receivable | ($25,000) | ($175,842) |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $25,000 | $175,842 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | ($4,180) | $4,850 |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | ($408) | ($9,438) |
| 46 | **Cash and Cash Equivalents at End of Month** | ($4,588) | ($4,588) |

Revised 1/1/98

| Payee: | Check Amt: | Rent | Rent-PP | Payroll Taxes | EE Garn | Suppliers | Selling Ex. | Admin Exp | Loan to Aff. | Misc | Partner | Other Taxes | EE Benefit | Payroll | RET | Check Fig |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1077 Market Street | 42,069.03 | 32,069.03 | | | | | | 10,000.00 | | | | | | | | 0.00 |
| Tax Deposit-941 | 15,033.80 | | | 15,033.80 | | | | | | | | | | | | 0.00 |
| AT&T | 206.74 | | | | | | 206.74 | | | | | | | | | 0.00 |
| Bank Fees | 30.70 | | | | | | | 30.70 | | | | | | | | 0.00 |
| Bennett, Natasha | 565.45 | | | | | | | | | | | | | 565.45 | | 0.00 |
| California Assigned Risk Auto | 839.00 | | | | | | | 839.00 | | | | | | | | 0.00 |
| Central Parking | 960.00 | | | | | | | 960.00 | | | | | | | | 0.00 |
| City & County Tax Collector | 10,329.78 | | | | | | | | | | | | 10,329.78 | | | 0.00 |
| Clean Source | 1,966.10 | | | | | 1,966.10 | | | | | | | | | | 0.00 |
| Commercial Buliding Services | 6,853.72 | | | | | 6,853.72 | | | | | | | | | | 0.00 |
| Compupay | 176.31 | | | | | | | 176.31 | | | | | | | | 0.00 |
| Conart, Michael | 735.22 | | | | | | | | | | | | | 735.22 | | 0.00 |
| Consolidated Bookkeeping | 2,500.00 | | | | | | | 2,500.00 | | | | | | | | 0.00 |
| County of Contra Costa | 202.16 | | | | 202.16 | | | | | | | | | | | 0.00 |
| déja vu Consulting | 12.50 | | | | | | 12.50 | | | | | | | | | 0.00 |
| Delaplace Insurance | 21.50 | | | | | | | 21.50 | | | | | | | | 0.00 |
| Deluxe MSP, Inc. | 525.83 | | | | | 525.83 | | | | | | | | | | 0.00 |
| Dispenser Unlimited | 113.93 | | | | | 113.93 | | | | | | | | | | 0.00 |
| East West Videos | 521.00 | | | | | 521.00 | | | | | | | | | | 0.00 |
| EDD Payments | 2,472.05 | | | 2,472.05 | | | | | | | | | | | | 0.00 |
| Edith S. Thomas | 4,000.00 | | | | | | | 4,000.00 | | | | | | | | 0.00 |
| Extra Entertainment | 194.85 | | | | | 194.85 | | | | | | | | | | 0.00 |
| FastSigns SF | 176.46 | | | | | 176.46 | | | | | | | | | | 0.00 |
| FCA Artist/Sam Conti | 304.75 | | | | | | | | | | 304.75 | | | | | 0.00 |
| French Brothers | 1,031.32 | | | | | 1,031.32 | | | | | | | | | | 0.00 |
| Golden Gate Disposal | 942.00 | | | | | 942.00 | | | | | | | | | | 0.00 |
| I Studios | 1,500.00 | | | | | | | 1,500.00 | | | | | | | | 0.00 |
| John Espedal | 2,000.00 | | | | | | | 2,000.00 | | | | | | | | 0.00 |
| Joseph Carouba | 590.00 | | | | | | | | | | 590.00 | | | | | 0.00 |
| Kellogg, Eric | 723.19 | | | | | | | | | | | | | 723.19 | | 0.00 |
| Kerns, James | 894.73 | | | | | | | | | | | | | 894.73 | | 0.00 |
| Kingdom Sales | 796.49 | | | | | 796.49 | | | | | | | | | | 0.00 |
| Leo's Pro Audio | 965.70 | | | | | 965.70 | | | | | | | | | | 0.00 |
| McGarr, Mydra | 661.15 | | | | | | | | | | | | | 661.15 | | 0.00 |
| NAEF | 12,246.90 | | | | | | | 12,246.90 | | | | | | | | 0.00 |
| OK Heating and Air Conditioning | 700.00 | | | | | 700.00 | | | | | | | | | | 0.00 |
| Orkin Pest Control | 67.49 | | | | | 67.49 | | | | | | | | | | 0.00 |
| PG&E | 5,835.66 | | | | | 5,835.66 | | | | | | | | | | 0.00 |
| Pacific Mobil Lock | 496.25 | | | | | 496.25 | | | | | | | | | | 0.00 |
| Peer Light | 252.26 | | | | | 252.26 | | | | | | | | | | 0.00 |
| Piano Molding Company | 545.19 | | | | | | 545.19 | | | | | | | | | 0.00 |
| Rago Neon | 247.50 | | | | | 247.50 | | | | | | | | | | 0.00 |
| Raid Bdeir | 1,387.55 | | | | | 1,387.55 | | | | | | | | | | 0.00 |
| Reed & Stillskin | 2,000.00 | | | | | | | 2,000.00 | | | | | | | | 0.00 |
| Sam Conti | 11,558.75 | | | | | | | | | | 11,558.75 | | | | | 0.00 |
| San Francisco Chronicle | 2,742.25 | | | | | | 2,742.25 | | | | | | | | | 0.00 |
| San Fran Family Support | 571.33 | | | | 571.33 | | | | | | | | | | | 0.00 |
| San Fran Public Utilities | 1,752.37 | | | | | 1,752.37 | | | | | | | | | | 0.00 |
| San Joaquin | 562.18 | | | | 562.18 | | | | | | | | | | | 0.00 |
| Secretary of State | 20.00 | | | | | | | 20.00 | | | | | | | | 0.00 |
| Sequal Media | 883.33 | | | | | | 883.33 | | | | | | | | | 0.00 |
| SFBSC Management | 17,524.85 | | | | | | | 17,524.85 | | | | | | | | 0.00 |
| Signographics | 265.82 | | | | | | 265.82 | | | | | | | | | 0.00 |
| Staples Business Advantage | 1,110.27 | | | | | 1,110.27 | | | | | | | | | | 0.00 |
| Tanya Schild | 3,750.00 | | | | | | 3,750.00 | | | | | | | | | 0.00 |
| The Continental Agency, Inc. | 540.00 | | | | | | 540.00 | | | | | | | | | 0.00 |
| Transtel | 200.00 | | | | | 200.00 | | | | | | | | | | 0.00 |
| Unisource | 511.41 | | | | | 511.41 | | | | | | | | | | 0.00 |
| Video Simplex | 485.10 | | | | | 485.10 | | | | | | | | | | 0.00 |
| Missing Deposits from May | 570.00 | | | | | | | 570.00 | | | | | | | | 0.00 |
| XO Communications | 496.02 | | | | | 496.02 | | | | | | | | | | 0.00 |
| Net Payroll | 35,048.89 | | | | | | | | | | | | | 35,048.89 | | 0.00 |
| Check Disbursements | 203,286.93 | 32,069.03 | 0.00 | 17,505.85 | 1,335.67 | 25,889.41 | 10,685.70 | 54,389.26 | 0.00 | 0.00 | 12,453.50 | 10,329.78 | 0.00 | 38,628.63 | 0.00 | 0.00 |
| Cash Paid Outs-MSC | 153,165.88 | | | | | | 117,607.88 | 34,825.15 | | | | | | 729.14 | | 0.00 |
| Cash Paid Outs-LaGals | 15,060.39 | | | | | | 8,475.00 | 2,887.62 | | | | | | 3,697.77 | | 0.00 |
| Total: | 371,513.10 | 32,069.03 | 0.00 | 17,505.85 | 1,335.67 | 25,889.41 | 136,768.58 | 92,102.03 | 0.00 | 0.00 | 12,453.50 | 10,329.78 | 3.71 | 43,055.54 | 0.00 | 0.00 |