| | |
|---|---|
| 1 | Michael St. James, CSB No. 95653 |
| | St. James Law, P.C. |
| 2 | 155 Montgomery Street, Suite 1004 |
| | San Francisco, California 94104 |
| 3 | (415) 391-7566 Telephone |
| | (415) 391-7568 Facsimile |
| 4 | ecf@stjames-law.com |
| 5 | Counsel for Debtor |

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

In re               ) Case No. 06-30118 TC
                 ) Chapter 11
BIJOU-MARKET, LLC       )
                 )
      Debtor       )
                 )

**DECLARATION OF PROPOSED APPRAISER**

I, Gregory Ansel, do hereby declare:

1. I am a principal of Financial Strategies Consulting Group (hereinafter, "Proposed Appraiser"). I make this Declaration of my own personal knowledge, and if called as a witness I could and would competently testify as follows:

2. After consulting with the Debtor and reviewing its Schedules of Assets and Liabilities and Statement of Financial Affairs, I have concluded that Proposed Appraiser has no connections with the Debtor, creditors, or any other party in interest or their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as follows:

   a) Approximately 8 years ago, I performed an appraisal of the DoBake bakery. I understand that Joseph Carouba had an ownership interest in that business.

   b) Approximately 3 years ago, I performed an appraisal of the "Showgirls" club on Broadway in San Francisco. I understand that Joseph Carouba has an ownership interest in that business, and that other indirect owners of the Debtor have ownership interests in that business.

3. Attached to the accompanying Application is a true and correct statement of my background.

4. The Proposed Appraiser does not have or represent any interest adverse to the Debtor or the estate.

I declare under penalty of perjury according to the laws of the United States of America that the foregoing is true and correct. Executed this 2 day of October, 2006 at San Francisco, California.

*/s/ Gregory S. Ansel*

———————————————
Gregory Ansel