# GREGORY S. ANSEL

**PRINCIPAL   FINANCIAL STRATEGIES CONSULTING GROUP, LLC**
**(925) 283-5774**, E-MAIL - gansel@fscg.com, HOME PAGE - www.fscg.com

Greg Ansel founded the financial consulting firm Financial Strategies Consulting Group, LLC. Greg specializes in providing valuation services and financial analysis to clients of all sizes for diverse purposes. These services include business valuations, stock option pricing, in-process technology valuations and financial analysis and modeling.

Greg has experience valuing businesses in many industries, including manufacturing, construction, electrical equipment, entertainment, retail and food processing as well as high technology industries, such as, software development, entertainment software, computer hardware, computer networking, digital animation, semiconductor, semiconductor equipment, telecommunications, biotechnology and aquaculture. These engagements have required performing extensive financial analysis and modeling, compiling and analyzing forecasted cash flow statements, and preparing and defending valuation reports for IRS, SEC, litigation and other purposes.

Mr. Ansel's clients include Pixar Animation Studios, @Home, Pacific Telesis, Xerox, On Command Video, Infoseek, Excite, Virgin Entertainment, bebe, Ariat International, Blach Construction, Restoration Hardware, Applied Microsystems and Metra Biosystems.

Mr. Ansel has managed numerous valuation engagements, including:

- Mergers & Acquisitions
- In-Process Technology
- Fairness Opinions
- ESOPs

- Initial Public Offerings
- Gift and Estate Tax Planning
- Litigation Support
- Expert Testimony

Prior to founding Financial Strategies Consulting Group, Greg was a Manager at a Big 5 Accounting firm specializing in Valuation Services working in both their San Francisco/San Jose and Chicago offices. Greg also worked for a Chicago based boutique valuation firm, specializing in providing corporate finance consulting and valuation services to closely-held companies. Previously, he was a portfolio manager and investment analyst specializing in high-yield debt securities for a $5 billion financial institution.

Greg earned his M.B.A. in Finance from the University of Chicago. He received his B.A. in Economics from the University of California, Los Angeles. He is an accredited senior appraiser of the American Society of Appraisers, a member of the San Francisco Business Roundtable and is an adjunct professor in Golden Gate University's MBA program and graduate accounting program, where he teaches courses in Financial Analysis and Business Valuation and Mergers and Acquisitions.