Entered on Docket
July 12, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA




Michael St. James, CSB No. 95653
ST. JAMES LAW, P.C.
155 Montgomery Street, Suite 1004
San Francisco, California 94104
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
ecf@stjames-law.com

Counsel for Debtor

Signed and Filed: July 12, 2007

THOMAS E. CARLSON
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

In re

BIJOU-MARKET, LLC

Debtor

Case No. 06-30118 TC
Chapter 11

**ORDER APPROVING SUPPLEMENTAL BORROWING**

Upon consideration of the Request for Default Order Respecting Supplemental Borrowing and the supporting Declaration of Michael St. James, it appearing that the Supplemental Borrowing Motion is fair and reasonable and that, despite opportunity therefor, no creditor or party in interest has submitted a timely Opposition or Request for Hearing thereon, and good cause therefor appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

1. Under the circumstances, parties in interest have received adequate notice and an opportunity to be heard.

2. The 30 day requirement set forth in Paragraph 3 of the Court's "Supplemental *Ex Parte* Order Provisionally Extending Authority to Borrow" entered on March 30, 2007 (the "Supplemental Borrowing Order") be, and it hereby is, stricken *nunc pro tunc*.

3. The conditions and provisions set forth in the Supplemental Borrowing Order be, and they hereby are, determined to have been satisfied.

4. The Debtor be, and it hereby is, authorized to borrow up to an additional $100,000 from the Lender pursuant to the terms of the Borrowing Order and the Credit Facility previously approved by the Court.

* * * END OF ORDER * * *

Case: 06-30118 Doc# 134 Filed: 07/12/07 Entered: 07/12/07 15:27:46 Page 2 of 3

# Service List

Julie M. Glosson, Esq.
United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

Joseph Carouba, Manager
Bijou-Market, LLC
250 Columbus, Suite 207
San Francisco, CA 94133-4536

William Kwong, Esq.
Minami, Lew & Tamaki, LLP
360 Post Street, 8th Floor
San Francisco, CA 94108

John Chu, Esq.
Corporate Counsel Law Group, LLP
505 Sansome Street, Suite 475
San Francisco, CA 94111