1   Michael St. James, CSBN 95653
ST. JAMES LAW, P.C.

2   155 Montgomery Street, Suite 1004
San Francisco, CA 94104

3   Telephone: (415) 391-7566
Facsimile: (415) 391-7568

4   michael@stjames-law.com

5   Counsel for the Debtor in Possession

6

7

8            UNITED STATES BANKRUPTCY COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11                             Case No: 06-30118
                              Chapter 11

12   In re

13   BIJOU-MARKET, LLC
           Debtor                  DATE:

14                               TIME:      9:30 a.m.
                              JUDGE:    Hon Thomas Carlson

15

16

17

18                    **DECLARATION OF DIANA WEBB**

19

20

21

22

23

24

25

26

27

28

I, Diana Webb, declare under penalty of perjury:

1.    I am the Director of Accounting of Consolidated Bookkeeping and Management Services, Inc. ("Applicant"). I make this Declaration of my own personal knowledge, and if called as a witness, I could and would testify as follows.

2. I have prepared and read the Final Application for Compensation and Expense Reimbursement filed herewith ("Final Fee Application").

3. Applicant performed most of its services for the Debtor on the basis of a flat monthly charge which it received pursuant to an Order of the Court. During the period March, 2006 through September, 2007, Applicant received $44,075.00 in flat monthly charges from the Debtor.

4. Attached hereto as Exhibit A are true and correct copies of Applicant's invoices for services and expense reimbursements not covered by Applicant's flat monthly charge.

I declare under penalty of perjury according to the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed in Seattle, Washington on October 15, 2007.

_Diana S. Webb_
Diana S. Webb

DECLARATION SUPPORTING FINAL FEE APPLICATION
(Special Litigation Counsel)                                        Page 1