1  Michael St. James, CSB No. 95653
   ST. JAMES LAW, P.C.
2  155 Montgomery Street, Suite 1004
   San Francisco, California 94104
3  (415) 391-7566 Telephone
   (415) 391-7568 Facsimile
4  michael@stjames-law.com

5  Counsel for Debtor

6

7

8

9               UNITED STATES BANKRUPTCY COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 | In re                         ) Case No. 06-30118 TC
   |                               ) Chapter 11
12 | BIJOU-MARKET, LLC             )
   |                               ) DATE:   November 13, 2007
13 |           Debtor              ) TIME:   9:30 a.m.
   |                               ) JUDGE:  Hon. Thomas Carlson
14

15

16

17

18

19        **AMENDED FINAL DISTRIBUTION SCHEDULE**

20   **ESTABLISHING DISTRIBUTION AMOUNTS ON DANCER CLAIMS**

21

22

23

24

25

26

27

28

**BIJOU-MARKET, LLC**

| | ENTERTAINERS LAST | ENTERTAINERS FIRST | Total Shifts Worked | PerCentage Of Total Shifts | PerCentage Of Total Distribution | | First Installment Value | |
|---|---|---|---|---|---|---|---|---|
| 1 | Adams | Amy | 1,016.99 | 2.515% | $ | 11,486.33 | $ | 5,743.17 |
| 2 | Allen | Monique | 1,169.09 | 2.891% | $ | 13,204.26 | $ | 6,602.13 |
| 3 | Alsalti (VERA) | Vanessa | 1,138.19 | 2.815% | $ | 12,855.23 | $ | 6,427.61 |
| 4 | Anderson | Leslie | 727.55 | 1.799% | $ | 8,217.31 | $ | 4,108.66 |
| 5 | Azadkhanian | Aida | 2,032.81 | 5.027% | $ | 22,959.60 | $ | 11,479.80 |
| 6 | Badertscher | Dena | 212.57 | 0.526% | $ | 2,400.82 | $ | 1,200.41 |
| 7 | Bell | Candace | 15.52 | 0.038% | $ | 175.31 | $ | 87.66 |
| 8 | Billups-Larking | Tiara | 18.00 | 0.045% | $ | 203.30 | $ | 101.65 |
| 9 | *Bodley* | *Tonia* | - | 0.000% | $ | - | $ | - |
| 10 | Kleinman | Erika | 8.70 | 0.022% | $ | 98.21 | $ | 49.11 |
| 11 | Bradford | Nicole | 42.00 | 0.104% | $ | 474.37 | $ | 237.18 |
| 12 | Van Brunt | Magda | 84.10 | 0.208% | $ | 949.86 | $ | 474.93 |
| 13 | Burton | Lisa | 806.18 | 1.994% | $ | 9,105.39 | $ | 4,552.70 |
| 14 | *Carlisle* | *Adella* | - | 0.000% | $ | - | $ | - |
| 15 | Castro | Laura | 1,137.63 | 2.813% | $ | 12,848.95 | $ | 6,424.47 |
| 16 | *Catalano* | *Jennifer* | - | 0.000% | $ | - | $ | - |
| 17 | Churchill | Candice | 255.60 | 0.632% | $ | 2,886.84 | $ | 1,443.42 |
| 18 | Close | Jenny | 290.52 | 0.718% | $ | 3,281.26 | $ | 1,640.63 |
| 19 | Cole | Monica | 1,206.52 | 2.984% | $ | 13,626.97 | $ | 6,813.49 |
| 20 | Contreras | Trina P. | 84.56 | 0.209% | $ | 955.01 | $ | 477.51 |
| 21 | Craigie/Dawson | Trisha | 305.00 | 0.754% | $ | 3,444.82 | $ | 1,722.41 |
| 22 | Cruz | Charita | 1,110.49 | 2.746% | $ | 12,542.39 | $ | 6,271.20 |
| 23 | Culligan | Brigit | 111.17 | 0.275% | $ | 1,255.65 | $ | 627.83 |
| 24 | Daniell | Abigail | 2.83 | 0.007% | $ | 31.92 | $ | 15.96 |
| 25 | Davenport | Katie | 434.00 | 1.073% | $ | 4,901.81 | $ | 2,450.90 |
| 26 | Derian | Teresa | 764.98 | 1.892% | $ | 8,640.03 | $ | 4,320.01 |
| 27 | DeSousa | Izilena | 984.52 | 2.435% | $ | 11,119.63 | $ | 5,559.82 |
| 28 | Dianda | Emily | 164.13 | 0.406% | $ | 1,853.77 | $ | 926.88 |
| 29 | Dixon | Rachel | 9.00 | 0.022% | $ | 101.65 | $ | 50.83 |
| 30 | Duncan | Monica | 240.96 | 0.596% | $ | 2,721.48 | $ | 1,360.74 |
| 31 | Duque | Tiffany | 716.63 | 1.772% | $ | 8,093.97 | $ | 4,046.98 |
| 32 | *Egnaras* | *Lea P.* | 1.09 | 0.003% | $ | 12.28 | $ | 6.14 |
| 33 | Falk | Heather | 5.43 | 0.013% | $ | 61.38 | $ | 30.69 |
| 34 | Feinberg | Danielle | 956.89 | 2.366% | $ | 10,807.57 | $ | 5,403.79 |
| 35 | Gaglio | Lisa | 1.00 | 0.002% | $ | 11.29 | $ | 5.65 |
| 36 | *Grady* | *Fleur* | - | 0.000% | $ | - | $ | - |
| 37 | Grahovac | Twyla | 1,609.33 | 3.980% | $ | 18,176.57 | $ | 9,088.28 |
| 38 | Green | Kimberly | 47.00 | 0.116% | $ | 530.84 | $ | 265.42 |
| 39 | Green | Tina | 333.57 | 0.825% | $ | 3,767.45 | $ | 1,883.72 |
| 40 | Hobbs | Miranda | 336.71 | 0.833% | $ | 3,802.99 | $ | 1,901.49 |
| 41 | Holmes | Genae C. | 591.97 | 1.464% | $ | 6,686.02 | $ | 3,343.01 |
| 42 | Johnson | Chante | 213.15 | 0.527% | $ | 2,407.40 | $ | 1,203.70 |
| 43 | Johnson | Jamie | 6.09 | 0.015% | $ | 68.75 | $ | 34.37 |
| 44 | Jones | Velma | 273.87 | 0.677% | $ | 3,093.22 | $ | 1,546.61 |
| 45 | Kabuya | Yasmine | 1,441.11 | 3.564% | $ | 16,276.55 | $ | 8,138.27 |
| 46 | Kinell | Tracy | 34.78 | 0.086% | $ | 392.85 | $ | 196.43 |
| 47 | *King* | *Aaronette* | - | 0.000% | $ | - | $ | - |
| 48 | Kir | Payal | 631.89 | 1.563% | $ | 7,136.86 | $ | 3,568.43 |

## BIJOU-MARKET, LLC

| # | ENTERTAINERS LAST | ENTERTAINERS FIRST | Total Shifts Worked | PerCentage Of Total Shifts | PerCentage Of Total Distribution | First Installment Value |
|---|---|---|---|---|---|---|
| 49 | **Labelle** | **April** | - | 0.000% | $ - | $ - |
| 50 | Anderson | Katherine | 49.00 | 0.121% | $ 553.43 | $ 276.71 |
| 51 | Laxamara | Antoinette | 42.49 | 0.105% | $ 479.87 | $ 239.93 |
| 52 | Leto | Cynthia R. | 262.04 | 0.648% | $ 2,959.65 | $ 1,479.82 |
| 53 | Lieba | Virginia | 791.93 | 1.958% | $ 8,944.40 | $ 4,472.20 |
| 54 | Lott | Brandi Marie | 545.59 | 1.349% | $ 6,162.12 | $ 3,081.06 |
| 55 | Mack | Rebecca Jo | 1,618.73 | 4.003% | $ 18,282.75 | $ 9,141.37 |
| 56 | Marquez | Deeria Simone | 4.00 | 0.010% | $ 45.18 | $ 22.59 |
| 57 | Maultsby | Sheila | 333.96 | 0.826% | $ 3,771.87 | $ 1,885.93 |
| 58 | McCraw | Maacah | 26.00 | 0.064% | $ 293.66 | $ 146.83 |
| 59 | Menezes | Sheila Therez | 61.74 | 0.153% | $ 697.31 | $ 348.66 |
| 60 | Miller | Cawana C. | 9.00 | 0.022% | $ 101.65 | $ 50.83 |
| 61 | Mirabelli | Sarah | 1,281.54 | 3.169% | $ 14,474.39 | $ 7,237.19 |
| 62 | **Molina** | **Eve M.** | - | 0.000% | $ - | $ - |
| 63 | Montejo | Jessenia | 129.00 | 0.319% | $ 1,456.99 | $ 728.49 |
| 64 | Morris | Shontience | 642.91 | 1.590% | $ 7,261.31 | $ 3,630.66 |
| 65 | Morris | Tricia | 164.00 | 0.406% | $ 1,852.30 | $ 926.15 |
| 66 | Neely | Janet | 132.50 | 0.328% | $ 1,496.47 | $ 748.24 |
| 67 | Odle | Sherry | 177.94 | 0.440% | $ 2,009.73 | $ 1,004.87 |
| 68 | Oladapo | Myesha | 1,101.33 | 2.724% | $ 12,439.00 | $ 6,219.50 |
| 69 | Pask | Veronica Polly | 335.63 | 0.830% | $ 3,790.77 | $ 1,895.38 |
| 70 | **Paulson** | **Lynda** | - | 0.000% | $ - | $ - |
| 71 | Perez | Melanie | 1.00 | 0.002% | $ 11.29 | $ 5.65 |
| 72 | **Perez** | **Arquimides Ocon** | - | 0.000% | $ - | $ - |
| 73 | **Radzins** | **Ruta** | - | 0.000% | $ - | $ - |
| 74 | Ramos | Princess | 371.50 | 0.919% | $ 4,195.89 | $ 2,097.94 |
| 75 | Redding | Candy | 159.60 | 0.395% | $ 1,802.64 | $ 901.32 |
| 76 | Reyes | Erica H. | 250.21 | 0.619% | $ 2,826.00 | $ 1,413.00 |
| 77 | Ring | Jennifer | 61.52 | 0.152% | $ 694.86 | $ 347.43 |
| 78 | Rodriguez | Julie | 1,407.71 | 3.481% | $ 15,899.42 | $ 7,949.71 |
| 79 | Scales | Stephanie | 3.00 | 0.007% | $ 33.88 | $ 16.94 |
| 80 | Seeman (LARSON) | Gennifer Jo | 565.18 | 1.398% | $ 6,383.37 | $ 3,191.68 |
| 81 | Sherwood | Diana L. | 337.20 | 0.834% | $ 3,808.50 | $ 1,904.25 |
| 82 | Stark | Tansy Aubrey | 992.93 | 2.456% | $ 11,214.63 | $ 5,607.31 |
| 83 | Summers | Angela | 885.37 | 2.190% | $ 9,999.79 | $ 4,999.89 |
| 84 | Gipson | Sutonya | 133.78 | 0.331% | $ 1,510.95 | $ 755.48 |
| 85 | Taylor | Kuiana | 141.29 | 0.349% | $ 1,595.76 | $ 797.88 |
| 86 | Trejo | Monique | 312.14 | 0.772% | $ 3,525.41 | $ 1,762.70 |
| 87 | Troung | Hanh Kim | 621.56 | 1.537% | $ 7,020.15 | $ 3,510.08 |
| 88 | Vasquez | Renee E. | 356.34 | 0.881% | $ 4,024.71 | $ 2,012.36 |
| 89 | Virzi | Rachael | 41.00 | 0.101% | $ 463.07 | $ 231.54 |
| 90 | Wheaton | Rhonzetta S. | 367.70 | 0.909% | $ 4,152.93 | $ 2,076.47 |
| 91 | Williams | Nicole A. | 17.00 | 0.042% | $ 192.01 | $ 96.00 |
| 92 | **Williams** | **Sadiyyah** | - | 0.000% | $ - | $ - |
| 93 | Williamson | Christy | 50.30 | 0.124% | $ 568.16 | $ 284.08 |
| 94 | Wills | Latanya | 1.09 | 0.003% | $ 12.28 | $ 6.14 |
| 95 | Wilson | Elma | 362.00 | 0.895% | $ 4,088.60 | $ 2,044.30 |
| 96 | Wilson | Elma A. | 966.37 | 2.390% | $ 10,914.62 | $ 5,457.31 |

C:\Documents and Settings\Michael\My Documents\Court Appointed\Bijou-Market\Endgame\Dancer Calculation\Final Final Worksheet_files\11-12 Final Distribution Schedule.xls - TOTALS
11/13/2007 12:06 PM

Case: 06-30118    Doc# 180    Filed: 11/13/07    Entered: 11/13/07 12:13:53    Page 3 of 4

## BIJOU-MARKET, LLC

| | ENTERTAINERS LAST | ENTERTAINERS FIRST | Total Shifts Worked | PerCentage Of Total Shifts | PerCentage Of Total Distribution | | First Installment Value | |
|---|---|---|---|---|---|---|---|---|
| 97 | Wilson | Rebecca | 913.37 | 2.259% | $ | 10,315.99 | $ | 5,158.00 |
| 98 | Worrell | Tiffany | 293.25 | 0.725% | $ | 3,312.13 | $ | 1,656.07 |
| 99 | Wright | Eartha | 33.00 | 0.082% | $ | 1,000.00 | $ | 500.00 |
| 100 | Yorba | Allison M. | 1,506.86 | 3.727% | $ | 17,019.23 | $ | 8,509.62 |
| | | | 40,435.65 | 100.00% | $ | 457,327.28 | $ | 228,663.64 |

C:\Documents and Settings\Michael\My Documents\Court Appointed\Bijou-Market\Endgame\Dancer Calculation\Final Final Worksheet_files\11-12 Final Distribution Schedule.xls TOTALS 11/13/2007 12:06 PM

Case: 06-30118   Doc# 180   Filed: 11/13/07   Entered: 11/13/07 12:13:53   Page 4 of 4